**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Clinton Nurseries, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 06-0861696 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**517 Pond Meadow Road**
**Westbrook, CT 06498**
Number, Street, City, State & ZIP Code

**Middlesex**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Clinton Nurseries, Inc.**                                                Case number *(if known)* _____
       Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**1114**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

Debtor    **Clinton Nurseries, Inc.**                                              Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

    Contact name    _____

    Phone    _____

---

### ▉ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
■ 50-99    ☐ 5001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000    ☐ $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **Clinton Nurseries, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **December 18, 2017**
MM / DD / YYYY

**X** **/s/ David Richards**                              **David Richards**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

| 18. Signature of attorney | **X** **/s/ Eric Henzy**                          Date **December 18, 2017** |
| | Signature of attorney for debtor                      MM / DD / YYYY |

**Eric Henzy**
Printed name

**Zeisler & Zeisler, P.C.**
Firm name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone    **(203) 368-4234**        Email address    **ehenzy@zeislaw.com**

**ct12849**
Bar number and State

Debtor    **Clinton Nurseries, Inc.**                                                    Case number *(if known)* _____
         Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Clinton Nurseries of Florida** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Clinton Nurseries of Maryland** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |
| Debtor | **Triem, LLC** | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | Case number, if known | |

# RESOLUTIONS ADOPTED BY

# <u>CLINTON NURSERIES, INC.</u>

I HEREBY CERTIFY to the following: (i) the undersigned is the President of Clinton Nurseries, Inc., a Connecticut corporation (the "Corporation"); (ii) the following is a true and accurate copy of the resolutions adopted by the Board of Directors of the Corporation on or about December 14, 2017 (the "Resolutions"); and (iii) the Resolutions do not conflict with any order of any court or the Certificate of Incorporation, Bylaws or regulations of the Corporation, and have not been in any way altered, amended, or repealed, and are in full force and effect, unrevoked and unrescinded as of this date;

**RESOLVED,** that the Corporation shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (11 U.S.C. § 101, *et seq.*, hereinafter referred to as the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and

**FURTHER RESOLVED,** that the President of the Corporation shall be, and hereby is authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith; and

**FURTHER RESOLVED,** that the President of the Corporation shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Corporation, as debtor and debtor-in-possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364; and

**FURTHER RESOLVED,** that the law firm of Zeisler & Zeisler, P.C. shall be, and it hereby is, authorized and empowered to represent the Corporation, as bankruptcy counsel, in the Corporation's Chapter 11 case; and

**FURTHER RESOLVED,** that the President of the Corporation shall be, and hereby is, authorized and empowered to retain, on behalf of the Corporation, attorneys, financial advisors, investment bankers, accountants, and experts as the President so acting shall deem appropriate in his judgment; and

**FURTHER RESOLVED**, that the President of the Corporation shall be, and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses as he shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of these Resolutions; and

**FURTHER RESOLVED**, that all of the acts and transactions of any one or more of the Officers of the Corporation, which have been taken, caused to have been taken, or made prior to the effective date of these Resolutions in connection with the matters set forth in these Resolutions, are hereby ratified, confirmed and approved.

**IN WITNESS WHEREOF**, the undersigned, being the President of the Corporation, has caused this instrument to be signed as of the ⁀ day of December, 2017.

David E. Richards
President of Clinton Nurseries, Inc.

2

**Fill in this information to identify the case:**

Debtor name    **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 18, 2017**     X **/s/ David Richards**
                                       Signature of individual signing on behalf of debtor

                                       **David Richards**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Clinton Nurseries, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **McKinnon Nursery Inc.**<br>**Attn: Pres. GP or Mang. Mbr.**<br>**13835 Butteville Road**<br>**Gervais, OR 97026** | **David McKinnon**<br><br>**503-792-3170** | | | | | **$356,012.13** |
| **Ivy Acres, Inc.**<br>**Attn: Pres. GP or Mang. Mbr.**<br>**1675 Edwards Avenue**<br>**Baiting Hollow, NY 11933** | **Jim Andrews**<br><br>**Jandrews@ivyacres.com**<br>**631-727-1980** | | | | | **$228,786.00** |
| **Dutchmaster Nurseries LTD**<br>**Attn: Pres. GP or Mang. Mbr.**<br>**3735 Sideline 16**<br>**Brougham, Ontario, Canada**<br>**L0H 1A0** | **admin@dutchmasternurseries.com**<br>**905-683-8211** | | | | | **$200,150.00** |
| **Nursery Supplies, Inc.**<br>**Attn: Pres. GP or Mang. Mbr.**<br>**P.O. Box 664010**<br>**Dallas, TX 75266** | **Ken Hebert, CFO**<br><br>**717-263-7780 x255** | | | | | **$180,124.00** |
| **Cottage Gardens, Inc.**<br>**Attn: Pres. GP or Mang. Mbr.**<br>**4992 Middle Ridge Road**<br>**Perry, OH 44081** | **Rob Uchtman**<br><br>**ruchtman@cottagegardensinc.com**<br>**440-725-9199** | | | | | **$153,886.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Clinton Nurseries, Inc.**                                   Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Qualitree Propagators Inc. Attn: Pres. GP or Mang. Mbr. 51546 Ferry Road Rosedale, BC V0X 1X3 Canada** | **Deborah Woelders**<br><br>**deborah@qualitree .com**<br>**877-794-3375** | | | | | **$144,454.50** |
| **MacGuyver Media Attn: Steven McKeon 6 South Llanwellyn Avenue Glenolden, PA 19036** | **mac@macguyverm edia.com**<br>**267-337-5363** | | | | | **$121,606.32** |
| **Bankcard Center Attn: Pres. GP or Mang. Mbr. P.O. Box 4025 Alameda, CA 94501** | **James Salisbury, VP**<br><br>**james.salisbury@b ankofthewest.com**<br>**916-552-4371** | | | | | **$110,058.08** |
| **Fishback Nursery Attn: Pres. GP or Mang. Mbr. 40065 N.W. Wilkesboro Road Banks, OR 97106** | **503-324-4440** | | | | | **$107,103.00** |
| **Berger Horticultural Products Attn: Pres. GP or Mang. Mbr. P.O. Box 656 Sulphur Springs, TX 75483** | **Carole Delude**<br><br>**caroled@berger.ca**<br>**800-463-5582** | | | | | **$101,497.96** |
| **Classic Home & Garden Attn: Pres. GP or Mang. Mbr. 490 Pepper Street Monroe, CT 06468** | **Cathy Juda**<br><br>**203-335-8630 x150** | | | | | **$100,874.83** |
| ICS, Inc. **Attn: Pres. GP or Mang. Mbr. 1 Component Park West Bridgewater, MA 02379** | **Tom Dickerson**<br><br>**781-760-0480** | | | | | **$98,983.90** |
| **A.M. Leonard, Inc. Attn: Pres., GP., or Mng. Mbr. PO Box 816 Piqua, OH 45356** | **937-773-2694** | | | | | **$84,008.21** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Clinton Nurseries, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Harrell's**<br>**Attn: Pres. GP or**<br>**Mang. Mbr.**<br>**P.O. Box 935358**<br>**Atlanta, GA 31193** | **creditar@harrells.c**<br>**om**<br>**800-780-2774** | | | | | $79,694.67 |
| **Star Roses & Plants**<br>**Attn: Pres. GP or**<br>**Mang. Mbr.**<br>**P.O. Box 217**<br>**Dinuba, CA 93618** | **David F. Watkins**<br><br>**dwatkins@starrose**<br>**sandplants.com**<br>**215-837-0512** | | | | | $78,702.80 |
| **HDS USA, LLC**<br>**Attn: Pres. GP or**<br>**Mang. Mbr.**<br>**560 Deer Park Road**<br>**Huntington Station,**<br>**NY 11746** | **peter@horticulture**<br>**direct.com**<br>**631-599-1056** | | | | | $59,372.00 |
| **Left Coast Logistics**<br>**LLC**<br>**Attn: Pres. GP or**<br>**Mang. Mbr.**<br>**5775 SW Jean Road,**<br>**Ste 215**<br>**Lake Oswego, OR**<br>**97035** | **503-928-8195** | | | | | $58,050.00 |
| **Whittemore Perlite**<br>**Co., Inc.**<br>**Attn: Pres. GP or**<br>**Mang. Mbr.**<br>**P.O. Box 3099**<br>**Andover, MA 01810** | **Jeffrey Sheehy**<br><br>**jeffsheehy@comca**<br>**st.net**<br>**978-681-8833** | | | | | $49,921.33 |
| **Stinchcomb**<br>**Associates, Inc.**<br>**Attn: Pres., GP., or**<br>**Mng. Mbr.**<br>**118 East Adams**<br>**Street**<br>**Sandusky, OH 44870** | **Melissa Graham**<br><br>**stinchcomb_melis**<br>**@accsandusky.co**<br>**m**<br>**419-609-2233** | | | | | $45,057.45 |
| **Pastanch, LLC**<br>**dba New Christie**<br>**Ventures**<br>**Attn: Pres. GP. or**<br>**Mang. Mbr.**<br>**31 Sheridan Drive**<br>**Naugatuck, CT**<br>**06770** | **Chris DePaolo**<br><br>**chrisdepaolo@sbc**<br>**global.com**<br>**203-720-9478** | | | | | $44,829.52 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## District of Connecticut

In re  **Clinton Nurseries, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 18, 2017**

**/s/ David Richards**

**David Richards**/**President**
Signer/Title

.

State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


Internal Revenue Service
Centralized Insolvency operation
P.O. Box 7346
Philadelphia, PA 19101-7346


U.S. Department of Justice
Attn: Jeff Sessions, Attorney
950 Pennsylvania Avenue, NW
Washington, DC 20530


US Attorney's Office,New Haven
Attn: Christine Sciarrino, Esq
Assistant US Attorney
57 Church Street, Floor 25
New Haven, CT 06510


A.M. Leonard, Inc.
Attn: Pres., GP., or Mng. Mbr.
PO Box 816
Piqua, OH 45356


Accountemps
Attn: Pres., GP., or Mng. Mbr.
12400 Collections Center Drive
Chicago, IL 60693


Acosta Farms
19200 SW 168 Street
Miami, FL 33187


ADP, Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 842875
Boston, MA 02284


Aerotek Professional Services
Attn: Pres. GP or Mang. Mbr.
3689 Collection Center Dr.
Chicago, IL 60693

Anthony Tesselaar USA, Inc.
Attn: Pres., GP., or Mng. Mbr.
15200 Mansel Avenue
Lawndale, CA 90260


APXnet
Attn: Pres. GP or Mang. Mbr.
2 School St., Suite 2
Berwick, ME 03901


AT&T
Attn: Pres., GP., or Mng. Mbr.
PO Box 5019
Carol Stream, IL 60197


Automotive Rentals, Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 8500-4375
Philadelphia, PA 19178


Bank of the West
Attn: Pres., GP., or Mng. Mbr.
6873 N.West Avenue, Ste. 102
Fresno, CA 93711


Bankcard Center
Attn: Pres. GP or Mang. Mbr.
P.O. Box 4025
Alameda, CA 94501


Basile Clear Brook Farm, Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 827
Granby, CT 06035


Berger Horticultural Products
Attn: Pres. GP or Mang. Mbr.
P.O. Box 656
Sulphur Springs, TX 75483


C.H. Robinson Worldwide, Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 9121
Minneapolis, MN 55480

CC Delivery Services, Inc.
Attn: Pres. GP or Mang. Mbr.
855 East Plant St., Suite 1200
Winter Garden, FL 34787


CCA Services, LLC
Attn: Pres. GP or Mang. Mbr.
159 Boston Post Road
Old Lyme, CT 06371


Century Financial Services Inc
Attn: Pres. GP or Mang. Mbr.
23 Maiden Lane
North Haven, CT 06473


Cintas Corporation #701
Attn: Pres. GP or Mang. Mbr.
11 Commercial Street
Branford, CT 06405


Classic Home & Garden
Attn: Pres. GP or Mang. Mbr.
490 Pepper Street
Monroe, CT 06468


Clinton Nurseries of Fla, Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 846145
Boston, MA 02284


Clinton Nurseries of Florida
1415 East Peidmont Drive
Ste. 4
Tallahassee, FL 32308


Clinton Nurseries of Maryland
Attn: Pres. GP or Mang. Mbr.
P.O. Box 679
Westbrook, CT 06498


Clinton Nurseries of Maryland
517 Pond Meadow Road
Westbrook, CT 06498

CompCare Occupational Medicine
Attn: Pres., GP., or Mng. Mbr.
28 Crescent Street
Middletown, CT 06457


Conard-Pyle Company
Attn: Pres. GP or Mang. Mbr.
25 Lewis Road
West Grove, PA 19390


Connecticut Orthopaedic Spec.
Attn: Pres., GP., or Mng. Mbr.
2408 Whitney Avenue
Hamden, CT 06518


Consumers Interstate Corp
Attn: Pres. GP or Mang. Mbr.
2 Consumers Ave
Norwich, CT 06360


Cottage Gardens, Inc.
Attn: Pres. GP or Mang. Mbr.
4992 Middle Ridge Road
Perry, OH 44081


CPKB
Attn: Pres. GP or Mang. Mbr.
738 Springfield Avenue
Summit, NJ 07901


Crystal Rock LLC
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 10028
Waterbury, CT 06725


Daniel C. Cohn, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA 02110


Digital Movers, LLC
Attn: Pres. GP or Mang. Mbr.
P.O. Box 569
Mashpee, MA 02649

Dutchmaster Nurseries LTD
Attn: Pres. GP or Mang. Mbr.
3735 Sideline 16
Brougham, Ontario, Canada
L0H 1A0

Exxon Mobil
Attn:  Processing Center
P.O. Box 78001
Phoenix, AZ 85062

Fishback Nursery
Attn: Pres. GP or Mang. Mbr.
40065 N.W. Wilkesboro Road
Banks, OR 97106

Frontier Communications
Attn: Pres. GP or Mang. Mbr.
P.O. Box 20550
Rochester, NY 14602

Gold Hill Sales, Inc.
Attn: Pres. GP or Mang. Mbr.
11715 SW Hillsboro Hwy.
Hillsboro, OR 97123

Griffin Grnhouse Supplies Inc
Attn: Pres. GP or Mang. Mbr.
P.O. Box 842937
Boston, MA 02284

Harrell's
Attn: Pres. GP or Mang. Mbr.
P.O. Box 935358
Atlanta, GA 31193

HDS USA, LLC
Attn: Pres. GP or Mang. Mbr.
560 Deer Park Road
Huntington Station, NY 11746

Hochstein Nursery, LLC
Attn: Pres., GP., or Mng. Mbr.
38100 S.W. Gnos Road
Cornelius, OR 97113

Home Depot Credit Services
Attn: Pres. GP or Mang. Mbr.
Dept 32 - 2501744167
P.O. Box 9055
Des Moines, IA 50368


Hummert International
Attn: Pres. GP or Mang. Mbr.
4500 Earth City Expwy
Earth City, MO 63045


ICS, Inc.
Attn: Pres. GP or Mang. Mbr.
1 Component Park
West Bridgewater, MA 02379


Industrial Imaging Products In
Attn: Pres. GP or Mang. Mbr.
P.O. Box 428
Senoia, GA 30276


Innovative Software Solutions
Attn: Pres. GP or Mang. Mbr.
4300 Plainfield, Suite H
Grand Rapids, MI 49525


Irve J. Goldman, Esq.
Pullman & Comley, LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601


Ivy Acres, Inc.
Attn: Pres. GP or Mang. Mbr.
1675 Edwards Avenue
Baiting Hollow, NY 11933


Jane B. LaPrino
10 Pawson Landing Drive
Branford, CT 06405


Jay L. Welford, Esq.
Jaffe Raitt Heuer & Weiss, P.C
27777 Franklin Road, Ste. 2500
Southfield, MI 48034

John Henry Company
Attn: Pres. GP or Mang. Mbr.
75 Remittance Dr., Suite 3111
Chicago, IL 60675


Kainen, Escalera & McHale, PC
Attn: Pres., GP., or Mng. Mbr.
21 Oak Street
Hartford, CT 06106


Karen Burr
Attn: Pres. GP or Mang. Mbr.
P.O. Box 418
Moodus, CT 06469


Left Coast Logistics LLC
Attn: Pres. GP or Mang. Mbr.
5775 SW Jean Road, Ste 215
Lake Oswego, OR 97035


MacGuyver Media
Attn: Steven McKeon
6 South Llanwellyn Avenue
Glenolden, PA 19036


McKinnon Nursery Inc.
Attn: Pres. GP or Mang. Mbr.
13835 Butteville Road
Gervais, OR 97026


Middlesex County Chamer
of Commerce
Attn: Pres., GP., or Mng. Mbr.
393 Main Street
Middletown, CT 06457


Middlesex Hospital
Attn: Pres. GP or Mang. Mbr.
28 Crescent Street
Middletown, CT 06457


Middlesex Supply Company
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 700
Middletown, CT 06457

MZQ Consulting, LLC
Attn: Pres. GP or Mang. Mbr.
1700 Reistertown Rd, Ste 226
Pikesville, MD 21208


NFI Logistics LLC
Attn: Pres. GP or Mang. Mbr.
P.O. Box 417736
Boston, MA 02241


Nursery Supplies, Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 664010
Dallas, TX 75266


Online Freight Services, Inc.
Attn: Pres. GP or Mang. Mbr.
2275 Waters Drive
Mendota Heights, MN 55120


Opentext/GXS
Attn: Pres. GP or Mang. Mbr.
P.O. Box 640371
Pittsburgh, PA 15264


Pastanch, LLC
dba New Christie Ventures
Attn: Pres. GP. or Mang. Mbr.
31 Sheridan Drive
Naugatuck, CT 06770


Pioneer Gardens, Inc.
Attn: Pres. GP or Mang. Mbr.
198 Mill Village Road
Deerfield, MA 01342


Qualitree Propagators Inc.
Attn: Pres. GP or Mang. Mbr.
51546 Ferry Road
Rosedale, BC
V0X 1X3 Canada


Richards Farms
Attn: Pres., GP., or Mng. Mbr.
114 West Main Street
Clinton, CT 06413

Roth Staffing Companies, L.P.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 60003
Anaheim, CA 92812


Shell
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 90010
Louisville, KY 40290


Snap-On Industrial Brands
Attn: Pres. GP or Mang. Mbr.
23001 Network Place
Chicago, IL 60673


Spring Meadow Nursery, Inc.
Attn: Pres. GP or Mang. Mbr.
120th Avenue
Grand Haven, MI 49417


Sprint
Attn: Pres. GP or Mang. Mbr.
P.O. Box 4181
Carol Stream, IL 60197


Star Roses & Plants
Attn: Pres. GP or Mang. Mbr.
P.O. Box 217
Dinuba, CA 93618


Stinchcomb Associates, Inc.
Attn: Pres., GP., or Mng. Mbr.
118 East Adams Street
Sandusky, OH 44870


The Ohio State University
Ohio Ag. Intern Program
Attn: Pres. GP. or Mang. Mbr.
921 Chatham Lane, Suite 111
Columbus, OH 43221


The Schundler Company
Attn: Pres., GP., or Mng. Mbr.
9985 Kaufman Road NW
Silverton, OR 97381

Thrive Wholesale Growers
Attn: Pres. GP or Mang. Mbr.
920 S. Auto Mall Drive
American Fork, UT 84003


Triem, LLC
517 Pond Meadow Road
Westbrook, CT 06498


United Express Service, Inc.
Attn: Pres. GP or Mang. Mbr.
63 Eastern Blvd.
Glastonbury, CT 06033


Varilease Finance, Inc.
Attn: Pres., GP., or Mng. Mbr.
6340 South 3000 East, Ste. 400
Salt Lake City, UT 84121


W.B. Mason Co., Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 981101
Boston, MA 02298


Warren and Ann Richards Trust
57 Shore Road
Clinton, CT 06413


Whittemore Perlite Co., Inc.
Attn: Pres. GP or Mang. Mbr.
P.O. Box 3099
Andover, MA 01810


William B. Freeman, Esq.
Katten Muchin Rosenman
515 South Flower Street
Ste. 1000
Los Angeles, CA 90071