UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---------------------------------------------------------------- X
: 
In re: : Chapter 11
:
CLINTON NURSERIES, INC., : Case No. 17-31897(AMN)
:
Debtor. :
:
---------------------------------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Warren Richards and Ann Richards (the "Creditors"), by and through their undersigned counsel, hereby appear in the above-captioned chapter 11 case pursuant to Fed. R. Bankr. P. 9010(b) and request, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following address:

Taruna Garg
**MURTHA CULLINA LLP**
177 Broad Street
Stamford, Connecticut 06901
Telephone: (203) 653-5400
Facsimile: (203) 653-5444
tgarg@murthalaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Bankr. P. 2002, the undersigned counsel hereby request copies of all papers including, without limitation, all motions, notices, applications, orders, reports, legal memoranda, exhibits and all other papers which are filed with the Court or served upon any party. All copies should be sent to the above-listed counsel by electronic mail and/or by mail to the addresses appearing above.

-2-

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, the notices and papers referred to in the United States Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or whether made by mail, email, hand delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the rights or interests of any party in this case.

PLEASE TAKE FURTHER NOTICE that this request pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a submission by the Creditors to the jurisdiction or power of this Court or a waiver of any substantive or procedural rights of the Creditors, including without limitation: (a) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (b) to have final orders in non-core matters entered only after *de novo* review by the District Court; (c) to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) to require that where any adversary proceeding is to be initiated against the Creditors in this or any related case or where any proceeding is to be initiated by complaint against the Creditors under applicable non-bankruptcy law, service shall be made on the Creditors in accordance with applicable law and rules, and that service upon undersigned counsel is insufficient for such purposes; and (e) any other rights, claims, actions, defenses, setoffs or recoupments to which the Creditors are or may

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments the Creditors expressly reserve.

Dated: December 20, 2017

          Respectfully submitted,

          WARREN RICHARDS AND ANN RICHARDS

          By their attorneys:

          */s/ Taruna Garg*
          Taruna Garg (ct28652)
          MURTHA CULLINA LLP
          177 Broad Street
          Stamford, Connecticut 06901
          Telephone:   (203) 653-5400
          Facsimile:    (203) 653-5444
          E-mail:       tgarg@murthalaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
CLINTON NURSERIES, INC. : Case No. 17-31897 (AMN)
: 
Debtor. : 
: 
---------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I, Taruna Garg, hereby certify that on the 20th day of December, 2017, a copy of the *Notice of Appearance and Request for Service of Papers* was served through the Court's CM/ECF filing system on all parties registered to receive electronic notice.

                                            */s/ Taruna Garg*
                                            Taruna Garg (ct28652)
                                            MURTHA CULLINA LLP
                                            177 Broad Street
                                            Stamford, Connecticut 06901
                                            Telephone:   (203) 653-5400
                                            Facsimile:    (203) 653-5444
                                            E-mail:        tgarg@murthalaw.com