UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

2018 JAN -3 P 12: 08

FILED
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re: : Chapter 11

CLINTON NURSERIES, INC., : Case No. 17-31897 (AMN)
CLINTON NURSERIES, OF MARYLAND, INC., : Case No. 17-31898 (AMN)
CLINTON NURSERIES OF FLORIDA, INC., AND : Case No. 17-31899 (AMN)
TRIEM LLC : Case No. 17-31900 (AMN)

Debtors. : Jointly Administered

## MOTION FOR ADMISSION OF DANIEL C. COHN, ESQ. *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d), as made applicable by D. Conn. LBR 1001(a), Taruna Garg, Esq. ("Movant"), a member of the Bar of this Court, respectfully moves for the admission of Daniel C. Cohn, Esq. of Murtha Cullina LLP to this Court *pro hac vice,* to represent the interests of Warren Richards, Jr. and Ann Richards in the above-captioned bankruptcy cases. In support of this Motion, the Movant respectfully states as follows:

1. Attorney Cohn is a partner with the law firm of Murtha Cullina LLP.

2. Attorney Cohn's office address is 99 High Street, Floor 20, Boston, Massachusetts 02110; his telephone number is (617) 457-4155, and his fax number is (617) 482-3868. His email address is dcohn@murthalaw.com.

3. Attorney Cohn is a member in good standing of the bar of the Commonwealth of Massachusetts (Bar # 090780). Attorney Cohn is also admitted to practice in the United States District Court of Massachusetts, the United States Court of Appeals for the First Circuit (Bar # 44818), the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

1

8862059v1

4.      Attorney Cohn has no pending disciplinary complaint as to which a finding has been made that such complaint should proceed to a hearing.

5.      Attorney Cohn has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      The Movant is advised that Attorney Cohn has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      Attorney Cohn, pursuant to L. Civ. P. R. 83.1(d)(1), designates the Movant as the attorney sponsoring his application for admission *pro hac vice*, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

8.      In further support of this Motion, the Movant attaches hereto the Affidavit of Daniel C. Cohn, Esq. and represents that a Certificate of Good Standing from Massachusetts will be filed promptly after this motion is granted.

WHEREFORE, Taruna Garg, Esq. respectfully requests that this Court grant this motion for admission of Daniel C. Cohn, Esq. *pro hac vice* in this matter.

/s/ *Taruna Garg*
Taruna Garg (ct28652)
MURTHA CULLINA LLP
177 Broad Street
Stamford, Massachusetts 06901
Telephone:   (203) 653-5400
Facsimile:     (203) 653-5444
E-mail:         tgarg@murthalaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

------------------------------------------------------------- X
In re:                                                        : Chapter 11
                                                              :
CLINTON NURSERIES, INC.,                                      : Case No. 17-31897 (AMN)
CLINTON NURSERIES, OF MARYLAND, INC.,                         : Case No. 17-31898 (AMN)
CLINTON NURSERIES OF FLORIDA, INC., AND                       : Case No. 17-31899 (AMN)
TRIEM LLC                                                     : Case No. 17-31900 (AMN)
                                                              :
            Debtors.                                          : Jointly Administered
------------------------------------------------------------- X

## AFFIDAVIT OF DANIEL C. COHN, ESQ.

I, Daniel C. Cohn, Esq., being duly sworn according to law, hereby depose and say the following:

1. I am over eighteen years old and understand the obligations of an oath.

2. I am a partner at the law firm of Murtha Cullina LLP with an office address of 99 High Street, Floor 20, Boston, Massachusetts 02110. My telephone number is (617) 457-4155, my fax number is (617) 482-3868, and my email address is dcohn@murthalaw.com.

3. I made this affidavit pursuant to D. Conn. L. Civ. P. R. 83.1(d) in support of the motion for my admission *pro hac vice* in the above-captioned Chapter 11 cases to represent the interests of Warren Richards, Jr. and Ann Richards.

4. I am currently a member in good standing of the bars of the Commonwealth of Massachusetts (Bar # 090780), the United States District Court of Massachusetts, the United States Court of Appeals for the First Circuit (Bar # 44818), the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

8862059v1

5.   I have no pending disciplinary complaint as to which a finding has been made that such complaint should proceed to a hearing.

6.   I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7.   I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, the Local Rules of the United States Bankruptcy Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8.   Pursuant to L. Civ. P. R. 83.1(d)(1), I designate Taruna Garg, Esq., the attorney sponsoring my application for admission *pro hac vice*, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

_____
Daniel C. Cohn, Esq.

Sworn and subscribed to before me
this 2nd day of January, 2018.

_____
Notary Public
My Commission Expires: 12/4/2020



MARIA D. VERVERIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 4, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

|  |  |
|---|---|
| In re: | : Chapter 11 |
| CLINTON NURSERIES, INC., | : Case No. 17-31897 (AMN) |
| CLINTON NURSERIES, OF MARYLAND, INC., | : Case No. 17-31898 (AMN) |
| CLINTON NURSERIES OF FLORIDA, INC., AND | : Case No. 17-31899 (AMN) |
| TRIEM LLC | : Case No. 17-31900 (AMN) |
| Debtors. | : Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION OF
## DANIEL C. COHN, ESQ. *PRO HAC VICE*

Upon the Motion for Admission of Daniel C. Cohn, Esq. Pro Hac Vice, filed by Taruna Garg, Esq. and the accompanying Affidavit of Daniel C. Cohn, Esq. of Murtha Cullina LLP, and good cause appearing therefor, it is hereby

ORDERED, that Daniel C. Cohn, Esq. of Murtha Cullina LLP is admitted to practice before this Court, pro hac vice, to represent the interest of Warren Richards, Jr. and Ann Richards in the above-referenced cases and in any matters before this Court filed in or pertaining to these cases.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

---

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CLINTON NURSERIES, INC., | : Case No. 17-31897 (AMN) |
| CLINTON NURSERIES, OF MARYLAND, INC., | : Case No. 17-31898 (AMN) |
| CLINTON NURSERIES OF FLORIDA, INC., AND | : Case No. 17-31899 (AMN) |
| TRIEM LLC | : Case No. 17-31900 (AMN) |
| | : |
| Debtors. | : Jointly Administered |

---

## CERTIFICATE OF SERVICE

I, Taruna Garg, hereby certify that a copy of the Motion for Admission of Daniel C. Cohn, Esq. Pro Hac Vice was served through the Court's CM/ECF filing system on all parties registered to receive electronic notice.

*/s/ Taruna Garg*
Taruna Garg (ct28652)
MURTHA CULLINA LLP
177 Broad Street
Stamford, Massachusetts 06901
Telephone:   (203) 653-5400
Facsimile:    (203) 653-5444
E-mail:        tgarg@murthalaw.com