# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

----------------------------------------------------

| | |
|---|---|
| In re: | CHAPTER 11 |
| CLINTON NURSERIES, INC., | Case No. 17-31897(AMN) |
| CLINTON NURSERIES OF MARYLAND, INC., | Case No. 17-31898 (AMN) |
| CLINON NURSEREIES OF FLORIDA, INC., and | Case No. 17-31899 (AMN) |
| TRIEM LLC, | Case No. 17-31900 (AMN) |
| | (Jointly Administered Under |
| Debtors. | Case No. 17-31097 (AMN)) |

----------------------------------------------------

### APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

CONTAINER CENTRALEN, INC.
c/o Greg Chouljian, V.P. Finance
855 E. Plant Street, Suite 1200
Winter Garden, FL 34787
Telephone:  (407) 287-6590
Email: greg.chouljian@cc-racks.com

NURSERY SUPPLIES & SUMMIT PLASTICS COMPANY
c/o Kenneth Hebert, Vice President & Chief Financial Officer
1415 Orchard Drive
Chambersburg, PA 17201
Telephone:  (717) 263-7780
Email:  Khebert@Nurserysupplies.com

THE CONARD-PYLE COMPANY, INC. d/b/a STAR ROSES AND PLANTS
c/o David Watkins, Chief Financial Officer
8 Federal Road, Suite 6
West Grove, PA 19390
Telephone:  (610) 869-2426, ext. 2002
Email:  dwatkins@starrosesandplants.com

Dated: January 4, 2018    Respectfully submitted,
      New Haven, Connecticut

                            WILLIAM K. HARRINGTON
                            UNITED STATES TRUSTEE FOR REGION 2

                    By:    /s/ *Kim L. McCabe*
                            Kim L. McCabe ct 23661
                            Assistant United States Trustee
                            Office of the United States Trustee
                            Giaimo Federal Building
                            150 Court Street, Room 302
                            New Haven, CT  06510
                            Telephone: (203)773-2210
                            Email: Kim.McCabe@usdoj.gov