**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

|  |  |
|---|---|
| In re:<br><br>CLINTON NURSERIES, INC., *et al*<br><br>Debtor | :  Chapter 11<br>:<br>:  Case No. 17-31897 (AMN)<br>:  Case No. 17-31898 (AMN)<br>:  Case No. 17-31899 (AMN)<br>:  Case No. 17-31900 (AMN)<br>:  Jointly Administered under<br>:  Case No. 17-31897 (AMN)<br>:<br>:  JANUARY 8, 2018 |

## STATEMENT OF JOSEPH H. HUSTON

Pursuant to LRCP 83.1(c), local counsel in the above-referenced matter is Suzanne Sutton. Attorney Sutton has been designated as Attorney Joseph H. Huston, Jr.'s agent for service of process upon whom service of all papers shall be made. Attorney Sutton is a member of Cohen And Wolf, PC and based in Cohen And Wolf's Orange office, located at 657 Orange Center Road, Orange, CT 06477. The District of Connecticut is the forum for the resolution of any dispute arising in this case.

/s/Joseph H. Huston, Jr.
Joseph H. Huston, Jr.
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
Phone: (302) 425-3310
E-Mail: JJH@stevensleee.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on the date hereof, service of the foregoing was accomplished through the Notice of Electronic Filing for parties or counsel who are registered Filers and copies of the foregoing were mailed by first class U.S. mail, postage prepaid, on parties or counsel that are not registered Filers, as follows:

*Via Electronic Notice of Filing:*

| | |
|---|---|
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Eric A. Henzy | ehenzy@zeislaw.com |
| Johanna M. Kornafel | jkornafel@zeislaw.com |
| Patrick R. Linsey | plinsey@zeislaw.com |
| Irve J. Goldman | igoldman@pullcom.com |
| Taruna Garg | tgarg@murthalaw.com |
| Kari A. Mitchell | kari.mitchell@usdog.gov |
| Jay L. Welford | jwelford@jaffelaw.com |
| William B. Freeman | bill.freeman@kattenlaw.com |
| Douglas S. Skalka | dskalka@npmlaw.com |

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.