**Fill in this information to identify the case:**

Debtor name **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **17-31897**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 16, 2018**    X **/s/ David Richards**
Signature of individual signing on behalf of debtor

**David Richards**
Printed name

**President**
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name   **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **17-31897**

☐ Check if this is an
amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $     18,745,906.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................   $     18,745,906.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     35,602,561.47

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$     3,241,838.59

4. Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b     $     38,844,400.06

**Fill in this information to identify the case:**

Debtor name **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **17-31897**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:          Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.          **Cash on hand** | **$550.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Webster Bank** | **Checking** | 8956 | $845,284.00 |
| 3.2. | **Webster Bank** | **Payroll** | 9777 | $200,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,045,834.00** |

**Part 2:          Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:          Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Clinton Nurseries, Inc.** | Case number *(If known)* **17-31897** |
|---|---|---|
| | Name | |

**11.**     **Accounts receivable**

11a. 90 days old or less:     **468,482.00**    -    **313,482.00**   = ....     **$155,000.00**

     face amount        doubtful or uncollectible accounts

11b. Over 90 days old:     **346,707.00**    -    **346,707.00**   =....     **$0.00**

     face amount        doubtful or uncollectible accounts

**12.**     **Total of Part 3.**                                       **$155,000.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**     **Raw materials** | | | | |
| **20.**     **Work in progress** | | | | |
| **21.**     **Finished goods, including goods held for resale** | | | | |
| Finished goods | Ongoing | $0.00 | Comparable sale | $16,756,522.00 |
| **22.**     **Other inventory or supplies** | | | | |

**23.**     **Total of Part 5.**                                   **$16,756,522.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.**     **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.**     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value          Valuation method          Current Value

**26.**     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Clinton Nurseries, Inc.** | | Case number *(If known)* **17-31897** |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31. **Farm and fishing supplies, chemicals, and feed**<br>**Farm supplies** | **$233,025.00** | Comparable sale | **$200,000.00** |

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

| | |
|---|---|
| Add lines 28 through 32.  Copy the total to line 85. | **$200,000.00** |

34. **Is the debtor a member of an agricultural cooperative?**
   ■ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____    Valuation method _____    Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☐ No
   ■ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office furniture** | **$68,407.00** | Replacement | **$1,500.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Clinton Nurseries, Inc.**                                          Case number *(If known)*  **17-31897**
          Name

| 43. | **Total of Part 7.** | $1,500.00 |
|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See attached listing | $118,419.00 | Comparable sale | $40,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 51. | **Total of Part 8.** | $40,000.00 |
|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 4

Debtor    **Clinton Nurseries, Inc.**

Name

Case number *(If known)*    **17-31897**

available.

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **517 Pond Meadow Road (35 acres)** | Lease | $0.00 | | $0.00 |
| 55.2. | **Kelseytown Road (55 acres)** | Lease | $0.00 | | $0.00 |
| 55.3. | **Buildings** | | $1,090,512.00 | | Unknown |
| 55.4. | **Leasehold Imp** | | $209,957.00 | | $0.00 |

| 56. | **Total of Part 9.** | $0.00 |
|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **JBerry** | $0.00 | | Unknown |
| **Star Roses/ The Conard Pyle Company** | $0.00 | | Unknown |
| **McCorkle** | $0.00 | | Unknown |
| **Plant Development Corp.** | $0.00 | | Unknown |
| **Spring Meadow Nurseries** | $0.00 | | Unknown |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Clinton Nurseries, Inc.** | | Case number *(If known)* | **17-31897** |
|--------|------------------------------|--|--------------------------|--------------|
| | Name | | | |

| | | |
|--|--|--|
| **Bailey** | $0.00 | Unknown |
| **Greenleaf** | $0.00 | Unknown |
| **Concept Plants** | $0.00 | Unknown |
| **Monrovia** | $0.00 | Unknown |
| **Anthony Tesselaar USA** | $0.00 | Unknown |

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

                      **$0.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

    ■ No
    ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No
    ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                         **Current value of debtor's interest**

71.  **Notes receivable**
    Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **See attached**               Tax year                      **$0.00**

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Clinton Nurseries, Inc.** | Case number *(If known)* **17-31897** |
|--------|------------------------------|----------------------------------------|
|        | Name                         |                                         |

every nature, including counterclaims of the debtor and rights to
set off claims

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
**Long term access with CC Racks**
**729,399 @ 75%**                                                              $547,050.00

---

78.    **Total of Part 11.**                                                   $547,050.00

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor  **Clinton Nurseries, Inc.** _____   Case number *(If known)* **17-31897**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,045,834.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $155,000.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $16,756,522.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $200,000.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $40,000.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $547,050.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $18,745,906.00 | + 91b.   $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,745,906.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **17-31897**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim  Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** **Bank of the West** Creditor's Name | Describe debtor's property that is subject to a lien **Blanket lien on substantially all assets** | **$27,700,000.00** | **$0.00** |

**Attn: Pres., GP., or Mng. Mbr.**
**6873 N.West Avenue, Ste. 102**
**Fresno, CA 93711**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Spring Meadow Nursery, Inc.** Creditor's Name | Describe debtor's property that is subject to a lien **Certain inventory** | $121,900.60 | $0.00 |
| --- | --- | --- | --- |

**Attn: Pres. GP or Mang. Mbr.**
**120th  Avenue**
**Grand Haven, MI 49417**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Debtor | **Clinton Nurseries, Inc.** | Case number (if know) | **17-31897** |
|---|---|---|---|
| | Name | | |

**IN01**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Varilease Finance, Inc.** | Describe debtor's property that is subject to a lien | $3,000,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all personal property** | | |

**Attn: Pres., GP., or Mng. Mbr.**
**6340 South 3000 East, Ste. 400**
**Salt Lake City, UT 84121**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Warren and Ann Richards Trust** | Describe debtor's property that is subject to a lien | $4,780,660.87 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Blanket lien on all personal property** | | |

**57 Shore Road**
**Clinton, CT 06413**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $35,602,561.47 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Clinton Nurseries, Inc.** | | Case number (if know) | **17-31897** |
| --- | --- | --- | --- | --- |
| | Name | | | |

assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Daniel C. Cohn, Esq.**<br>**Murtha Cullina LLP**<br>**99 High Street**<br>**Boston, MA 02110** | Line __**2.4**__ | |
| **Irve J. Goldman, Esq.**<br>**Pullman & Comley, LLC**<br>**850 Main Street**<br>**P.O. Box 7006**<br>**Bridgeport, CT 06601** | Line __**2.1**__ | |
| **Jay L. Welford, Esq.**<br>**Jaffe Raitt Heuer & Weiss, P.C**<br>**27777 Franklin Road, Ste. 2500**<br>**Southfield, MI 48034** | Line __**2.3**__ | |
| **William B. Freeman, Esq.**<br>**Katten Muchin Rosenman**<br>**515 South Flower Street**<br>**Ste. 1000**<br>**Los Angeles, CA 90071** | Line __**2.1**__ | |

**Fill in this information to identify the case:**

Debtor name **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known) **17-31897**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**A.M. Leonard, Inc.**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**PO Box 816**<br>**Piqua, OH 45356** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84,008.21** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **EO01** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Accounttemps**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,737.16** |
|---|---|---|---|
| | Date(s) debt was incurred  **ACCOU01** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Acosta Farms**<br>**19200 SW 168 Street**<br>**Miami, FL 33187** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **ST01** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address<br>**ADP, Inc.**<br>**Attn: Pres. GP or Mang. Mbr.**<br>**P.O. Box 842875**<br>**Boston, MA 02284** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,629.95** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **DP01** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Clinton Nurseries, Inc.** | Case number *(if known)* | **17-31897** |
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,722.90** |

**Aerotek Professional Services**
Attn: Pres. GP or Mang. Mbr.
3689 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **OT01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,041.80** |

**Anthony Tesselaar USA, Inc.**
Attn: Pres., GP., or Mng. Mbr.
15200 Mansel Avenue
Lawndale, CA 90260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **HO01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,278.24** |

**APXnet**
Attn: Pres. GP or Mang. Mbr.
2 School St., Suite 2
Berwick, ME 03901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **NE01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,059.60** |

**AT&T**
Attn: Pres., GP., or Mng. Mbr.
PO Box 5019
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **TT04**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.10** |

**Automotive Rentals, Inc.**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 8500-4375
Philadelphia, PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **OM01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,058.08** |

**Bankcard Center**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 4025
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **KC01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,750.00** |

**Basile Clear Brook Farm, Inc.**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 827
Granby, CT 06035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **IL01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | | | | |
|---|---|---|---|---|---|
| | Name | | | Case number (if known) | **17-31897** |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,497.96 |
|---|---|---|---|

**Berger Horticultural Products**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 656
Sulphur Springs, TX 75483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **GE01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,325.00 |
|---|---|---|---|

**C.H. Robinson Worldwide, Inc.**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 9121
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **OB01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,804.00 |
|---|---|---|---|

**CC Delivery Services, Inc.**
Attn: Pres. GP or Mang. Mbr.
855 East Plant St., Suite 1200
Winter Garden, FL 34787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **EL01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,124.12 |
|---|---|---|---|

**CCA Services, LLC**
Attn: Pres. GP or Mang. Mbr.
159 Boston Post Road
Old Lyme, CT 06371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **HM02**

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,022.00 |
|---|---|---|---|

**Century Financial Services Inc**
Attn: Pres. GP or Mang. Mbr.
23 Maiden Lane
North Haven, CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TU01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108.58 |
|---|---|---|---|

**Cintas Corporation #701**
Attn: Pres. GP or Mang. Mbr.
11 Commercial Street
Branford, CT 06405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **TA01**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,874.83 |
|---|---|---|---|

**Classic Home & Garden**
Attn: Pres. GP or Mang. Mbr.
490 Pepper Street
Monroe, CT 06468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **SS01**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Clinton Nurseries, Inc.** | | Case number *(if known)* | **17-31897** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$127,091.20** |
|---|---|---|---|

**Clinton Nurseries of Fla, Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 846145**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **NT09**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,136.25** |
|---|---|---|---|

**Clinton Nurseries of Maryland**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 679**
**Westbrook, CT 06498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **NT19**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$697.00** |
|---|---|---|---|

**CompCare Occupational Medicine**
**Attn: Pres., GP., or Mng. Mbr.**
**28 Crescent Street**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **PC01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,037.80** |
|---|---|---|---|

**Conard-Pyle Company**
**Attn: Pres. GP or Mang. Mbr.**
**25 Lewis Road**
**West Grove, PA 19390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **AR01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,400.00** |
|---|---|---|---|

**Connecticut Orthopaedic Spec.**
**Attn: Pres., GP., or Mng. Mbr.**
**2408 Whitney Avenue**
**Hamden, CT 06518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **RE13**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,428.45** |
|---|---|---|---|

**Consumers Interstate Corp**
**Attn: Pres. GP or Mang. Mbr.**
**2 Consumers Ave**
**Norwich, CT 06360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **SU01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$153,886.00** |
|---|---|---|---|

**Cottage Gardens, Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**4992 Middle Ridge Road**
**Perry, OH 44081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **TA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | Case number *(if known)* | **17-31897** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,050.00**

CPKB
Attn: Pres. GP or Mang. Mbr.
738 Springfield Avenue
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **KB01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.65**

Crystal Rock LLC
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 10028
Waterbury, CT 06725

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **ST01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$683.16**

Digital Movers, LLC
Attn: Pres. GP or Mang. Mbr.
P.O. Box 569
Mashpee, MA 02649

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **IT01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,150.00**

Dutchmaster Nurseries LTD
Attn: Pres. GP or Mang. Mbr.
3735 Sideline 16
Brougham, Ontario, Canada
L0H 1A0

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **CH01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Eversource Energy
Attn: Pres., GP., or Mng. Mbr.
107 Selden St
Berlin, CT 06037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,451.66**

Exxon Mobil
Attn:  Processing Center
P.O. Box 78001
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **ON01**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,103.00**

Fishback Nursery
Attn: Pres. GP or Mang. Mbr.
40065 N.W. Wilkesboro Road
Banks, OR 97106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **HB01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | | Case number *(if known)* | **17-31897** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,084.57** |
|---|---|---|---|

**Frontier Communications**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 20550
Rochester, NY 14602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **NT02**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,875.00** |
|---|---|---|---|

**Gold Hill Sales, Inc.**
Attn: Pres. GP or Mang. Mbr.
11715 SW Hillsboro Hwy.
Hillsboro, OR 97123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **DH01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,357.49** |
|---|---|---|---|

**Griffin Grnhouse Supplies Inc**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 842937
Boston, MA 02284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **FF01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$79,694.67** |
|---|---|---|---|

**Harrell's**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 935358
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **RE01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,372.00** |
|---|---|---|---|

**HDS USA, LLC**
Attn: Pres. GP or Mang. Mbr.
560 Deer Park Road
Huntington Station, NY 11746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **US01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,428.00** |
|---|---|---|---|

**Hochstein Nursery, LLC**
Attn: Pres., GP., or Mng. Mbr.
38100 S.W. Gnos Road
Cornelius, OR 97113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **HS01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.00** |
|---|---|---|---|

**Home Depot Credit Services**
Attn: Pres. GP or Mang. Mbr.
Dept 32 - 2501744167
P.O. Box 9055
Des Moines, IA 50368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **ED01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | Case number (if known) | **17-31897** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101.29** |
|---|---|---|---|

**Hummert International**
**Attn: Pres. GP or Mang. Mbr.**
**4500 Earth City Expwy**
**Earth City, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  ME01**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,983.90** |
|---|---|---|---|

**ICS, Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**1 Component Park**
**West Bridgewater, MA 02379**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  CS01**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,367.84** |
|---|---|---|---|

**Industrial Imaging Products In**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 428**
**Senoia, GA 30276**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  US07**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,133.46** |
|---|---|---|---|

**Innovative Software Solutions**
**Attn: Pres. GP or Mang. Mbr.**
**4300 Plainfield, Suite H**
**Grand Rapids, MI 49525**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  OV01**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$228,786.00** |
|---|---|---|---|

**Ivy Acres, Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**1675 Edwards Avenue**
**Baiting Hollow, NY 11933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  AC01**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,062.50** |
|---|---|---|---|

**Jane B. LaPrino**
**10 Pawson Landing Drive**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  RI01**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,146.97** |
|---|---|---|---|

**John Henry Company**
**Attn: Pres. GP or Mang. Mbr.**
**75 Remittance Dr., Suite 3111**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  NH01**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | Case number (if known) | **17-31897** |
|---|---|---|---|

Name

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,772.50** |
|---|---|---|---|

**Kainen, Escalera & McHale, PC**
**Attn: Pres., GP., or Mng. Mbr.**
**21 Oak Street**
**Hartford, CT 06106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200.00** |
|---|---|---|---|

**Karen Burr**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 418**
**Moodus, CT 06469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _ **RK01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$58,050.00** |
|---|---|---|---|

**Left Coast Logistics LLC**
**Attn: Pres. GP or Mang. Mbr.**
**5775 SW Jean Road, Ste 215**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _ **TC01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$121,606.32** |
|---|---|---|---|

**MacGuyver Media**
**Attn: Steven McKeon**
**6 South Llanwellyn Avenue**
**Glenolden, PA 19036**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _ **GU01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$356,012.13** |
|---|---|---|---|

**McKinnon Nursery Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**13835 Butteville Road**
**Gervais, OR 97026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _ **IN01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$836.00** |
|---|---|---|---|

**Middlesex County Chamer**
**of Commerce**
**Attn: Pres., GP., or Mng. Mbr.**
**393 Main Street**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _ **DD01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$487.67** |
|---|---|---|---|

**Middlesex Hospital**
**Attn: Pres. GP or Mang. Mbr.**
**28 Crescent Street**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _ **DL05**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | Case number (if known) | **17-31897** |
|---|---|---|---|
| | Name | | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.58 |
|---|---|---|
| **Middlesex Supply Company**<br>Attn: Pres., GP., or Mng. Mbr.<br>P.O. Box 700<br>Middletown, CT 06457 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **DL07** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,881.50 |
|---|---|---|
| **MZQ Consulting, LLC**<br>Attn: Pres. GP or Mang. Mbr.<br>1700 Reisterstown Rd, Ste 226<br>Pikesville, MD 21208 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **QC01** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,611.13 |
|---|---|---|
| **NFI Logistics LLC**<br>Attn: Pres. GP or Mang. Mbr.<br>P.O. Box 417736<br>Boston, MA 02241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **LO01** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,124.00 |
|---|---|---|
| **Nursery Supplies, Inc.**<br>Attn: Pres. GP or Mang. Mbr.<br>P.O. Box 664010<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **SE01** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|
| **Online Freight Services, Inc.**<br>Attn: Pres. GP or Mang. Mbr.<br>2275 Waters Drive<br>Mendota Heights, MN 55120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **IN01** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $444.40 |
|---|---|---|
| **Opentext/GXS**<br>Attn: Pres. GP or Mang. Mbr.<br>P.O. Box 640371<br>Pittsburgh, PA 15264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **NT01** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,829.52 |
|---|---|---|
| **Pastanch, LLC**<br>**dba New Christie Ventures**<br>Attn: Pres. GP. or Mang. Mbr.<br>31 Sheridan Drive<br>Naugatuck, CT 06770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number  **CH01** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Clinton Nurseries, Inc.** | | Case number *(if known)* | **17-31897** |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,465.98** |
|---|---|---|---|

**Pioneer Gardens, Inc.**
Attn: Pres. GP or Mang. Mbr.
198 Mill Village Road
Deerfield, MA 01342

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **NE02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$144,454.50** |
|---|---|---|---|

**Qualitree Propagators Inc.**
Attn: Pres. GP or Mang. Mbr.
51546 Ferry Road
Rosedale, BC
V0X 1X3 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **LI03**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$220,000.00** |
|---|---|---|---|

**Richards Farms**
Attn: Pres., GP., or Mng. Mbr.
114 West Main Street
Clinton, CT 06413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **HA01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,467.28** |
|---|---|---|---|

**Roth Staffing Companies, L.P.**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 60003
Anaheim, CA 92812

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **HS01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$102.36** |
|---|---|---|---|

**Shell**
Attn: Pres., GP., or Mng. Mbr.
P.O. Box 90010
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **LL01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,675.20** |
|---|---|---|---|

**Snap-On Industrial Brands**
Attn: Pres. GP or Mang. Mbr.
23001 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **PO01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,846.42** |
|---|---|---|---|

**Sprint**
Attn: Pres. GP or Mang. Mbr.
P.O. Box 4181
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **TE01**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Clinton Nurseries, Inc.** | Case number *(if known)* | **17-31897** |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,702.80** |
|---|---|---|---|

**Star Roses & Plants**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 217**
**Dinuba, CA 93618**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **RR01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,057.45** |
|---|---|---|---|

**Stinchcomb Associates, Inc.**
**Attn: Pres., GP., or Mng. Mbr.**
**118 East Adams Street**
**Sandusky, OH 44870**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **NC01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$519.88** |
|---|---|---|---|

**The Ohio State University**
**Ohio Ag. Intern Program**
**Attn: Pres. GP. or Mang. Mbr.**
**921 Chatham Lane, Suite 111**
**Columbus, OH 43221**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **OS01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,496.00** |
|---|---|---|---|

**The Schundler Company**
**Attn: Pres., GP., or Mng. Mbr.**
**9985 Kaufman Road NW**
**Silverton, OR 97381**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **UN01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,970.00** |
|---|---|---|---|

**Thrive Wholesale Growers**
**Attn: Pres. GP or Mang. Mbr.**
**920 S. Auto Mall Drive**
**American Fork, UT 84003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **IV01**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,507.28** |
|---|---|---|---|

**United Express Service, Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**63 Eastern Blvd.**
**Glastonbury, CT 06033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **TE02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.97** |
|---|---|---|---|

**W.B. Mason Co., Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 981101**
**Boston, MA 02298**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **AS01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Clinton Nurseries, Inc.** | | Case number (if known) | **17-31897** |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,921.33** |
|---|---|---|---|

**Whittemore Perlite Co., Inc.**
**Attn: Pres. GP or Mang. Mbr.**
**P.O. Box 3099**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** **TT01**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,241,838.59 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,241,838.59 |

**Fill in this information to identify the case:**

Debtor name   **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **17-31897**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Finance Contract**<br>**2016 Ford Explorer**<br>**Monthly payment**<br>**$797.84**<br>**31 Months** | **Ally**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55438** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease**<br>**Internet** | **Apxnet**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**2 School Street**<br>**Berwick, ME 03901** |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease**<br>**Phone System**<br>**Monthly payment**<br>**$314.84**<br>**58 Months** | **Avaya Financial Services**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**P.O. Box 550559**<br>**Jacksonville, FL 32255** |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Finance Contract**<br>**2014 Ford Edge**<br>**Monthly payment**<br>**$481.97**<br>**22 Months** | **Bank of America**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232** |

| Debtor 1 | **Clinton Nurseries, Inc.** | | | Case number *(if known)* | **17-31897** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** **BMW X5** **Monthly payment** **$836.59** | |
|---|---|---|---|
| | State the term remaining | **12 Months** | **BMW Financial Services** **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 3608** **Dublin, OH 43016** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** **Multiple tractors** | |
|---|---|---|---|
| | State the term remaining | | **De Lage Landen** **Financial Services, Inc.** **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 41602** **Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Finance Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ford Motor Credit Company** **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 65075** **Dallas, TX 75265** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Finance Contracts** | |
|---|---|---|---|
| | State the term remaining | | **Ford Motor Credit Company** **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 220564** **Pittsburgh, PA 15257** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease with option to buy Quincy Farm** | |
|---|---|---|---|
| | State the term remaining | **1.5 Years** | **Imperial Nurseries, Inc.** **Attn: Pres., GP., or Mng. Mbr.** **204 West Newbury Road, #A** **Bloomfield, CT 06002** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for approx. 235 acres of land on 517 Pond Meadow Road, Connecticut and approx. 55 acres on Kelseytown Road, Maryland.** | |
|---|---|---|---|
| | | | **Richards Farms** **Attn: Pres., GP., or Mng. Mbr.** **P.O. Box 679** **Westbrook, CT 06498** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Clinton Nurseries, Inc.** | | | Case number *(if known)* | **17-31897** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **6 Years** | |
| List the contract number of any government contract    _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease**<br>**Copiers**<br>**Monthly payment**<br>**$803.30**<br>**59 Months** | **US Bank Equipment Finance**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**1310 Madrid Street, Ste. 101**<br>**Sacred Heart, MN 56285** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Combination Operating and Capital Lease collateralized by assets of the Company and used to finance equipment and software** | **VFI**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**6430 South 3000 East, Ste. 400**<br>**Salt Lake City, UT 84121** |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | |

**SCHEDULE G**

**CLINTON NURSERIES, INC**

**CASE    17-31897**

**CT CONTRACTS AT DEC 18,2017**

## FINANCE CONTRACTS

| | VIN | TOTAL PMTS | BALANCE DUE | CURRENT VALUE | CUR VAL LESS VAL DUE | ARREARS |
|---|---|---|---|---|---|---|
| FORD MOTOR CREDIT COMPANY, LLC | | | | | | |
| PO BOX 650575 | | | | | | |
| DALLAS, TX 75265 | | | | | | |
| 2103 FORD TRAN C | NM0LS7DN5DT173052 | 28,344.60 | 7,689.56 | 7,450.00 | (239.56) | |
| | | | | | | |
| FORD MOTOR CREDIT COMPANY, LLC | | | | | | |
| PO BOX 220564 | | | | | | |
| PITTSBURGH, PA 15257 | | | | | | |
| 2016 FORD TRAN C | NM0KS9BNXDT146133 | | 5,674.54 | | | 390.67 |
| 2103 FORD TRAN C | NM0LS7DN9DT154553 | 26,478.00 | 7,160.55 | 10,350.00 | 3,189.45 | 411.30 |
| 2014 FORD EDGE | 2FMDK4KC5EBA53014 | 34,081.20 | 14,936.29 | 22,650.00 | 7,713.71 | 568.02 |
| 2016 FORD TRAN C | NM0LE7F72G1233262 | 31,831.80 | 19,278.92 | 18,875.00 | (403.92) | |
| | NM0AS8F70F1208381 | 26,406.24 | 9,508.08 | 14,250.00 | 4,741.92 | 550.10 |
| | | | | | | |
| ALLY | | | | | | |
| PO BOX 380902 | | | | | | |
| BLOOMINGTON, MN 55438 | | | | | | |
| 2016 FORD EXPLORER | 1FM5K7F82GGA26831 | | 25,522.45 | | | |
| | PMT | $ | 797.84 | | | |
| BANK OF AMERICA | | | | | | |
| PO BOX 45224 | | | | | | |
| JACKSONVILLE, FL 32232 | | | | | | |
| 2014 FORD EDGE | 2FMDK4KC9EBA75162 | | 10,981.47 | | | |
| | PMT | $ | 481.97 | | | |

## LEASES

**BMW FINANCIAL SERVICES**   APROX     **12 MONTHS**
**PO BOX 3608**              PMT     $     836.59
**DUBLIN, OH  43016**

BMW X5                5UXKROC55GOP30839

**AVAYA FINANCIAL SERVICES**
**PO BOX 550559**           APPROX    **58 MONTHS**
**JACKSONVILLE , FL  32255**  PMT     $     314.81

PHONE SYSTEM

**US BANK EQUIPMENT FINANCE**  APPROX    **59 MONTHS**
**1310 MADRID STREET , STE 101**  PMT   $     803.30
**MARSHALL, MN  56258**

COPIERS

**DE LAGE LANDEN FINANCIAL SERVICES, INC.**
**PO BOX 41602**

PHILADELPHIA, PA 19101

**TRACTORS**

LOCATION 114 W.MAIN ST CLINTON

| CONTRACT # | SERIAL # | MAKE | MODEL | PMT |
|---|---|---|---|---|
| 100-10036339 | AT3540258 | CATERPILLAR | MH/2P5000LE | $  448.07 |
| 100-10036339 | AT3540259 | CATERPILLAR | MH/2P5000LE | $  448.06 |
| 100-10036339 | AT3540260 | CATERPILLAR | MH/2P5000LE | $  448.07 |
| 100-10036339 | AT3540261 | CATERPILLAR | MH/2P5000LE | $  448.06 |
| | | | | |
| 100-10004583 | AT3535095 | CATERPILLAR | MH/2P5000LE | $  451.33 |
| 100-10004583 | AT3535096 | CATERPILLAR | MH/2P5000LE | $  451.33 |
| 100-10004583 | AT3535097 | CATERPILLAR | MH/2P5000LE | $  451.33 |
| 100-10004583 | AT3535098 | CATERPILLAR | MH/2P5000LE | $  451.33 |

APXNET

2 SCHOOL STREET

BERWICK, ME  03901

**INTERNET**

| BANDWIDTH | LOCATION | CITY | STATE | MONTHLY |
|---|---|---|---|---|
| 50Mbps | 737 Salem Rd | Havana | FL | $ 1,137.45 |
| 50Mbps | 613 Hope Haden Road | Centreville | MD | $ 1,931.54 |
| 50Mbps | 517 Pond Meaow Rd | Westbrook | CT | $ 1,989.00 |

VFI

6430 SOUTH 3000 EAST

SUITE 400

SALT LAKE CITY, UT 84121

COMBINATION OPERATING AND CAPITAL LEASE COLLATERALIZED BY ASSETS OF THE COMPANY
USED TO FINANCE EQUIPMENT AND SOFTWARE.

**REAL ESTATE  LEASES**

**517 POND MEADOW RD AND KELSEYTOWN ROAD**

RICHARDS FARMS          LEASE FOR APPROX 235 ACRES ON 517 POND MEADOW ROAD AND APPROX 55 ACRE

PO BOX 679              RENT $20,000 PER MONTH - NOT CURRENT

WESTBROOK, CT 06498     TERM 10 YEARS FROM  3-1-14

                        ANNUAL RENT YR 1= $300K, YR2=$400K, YR 3 = $500K

**QUINCY FARM - 1522 S. ATLANTA STREET, QUINCY, FL**

IMPERIAL NURSERIES, INC     LEASE WITH THE OPTION TO BUY QUINCY FARMS

 WEST NEWBURY ROAD          CURRENT RENT $33,333.33 PER MONTH

BLOOMFIELD, CT  0602        TERM 7-1-16 TO 6-30-19

**Fill in this information to identify the case:**

Debtor name      **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **17-31897**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Clinton Nurseries of Florida** | **1415 East Peidmont Drive Ste. 4 Tallahassee, FL 32308** | **Bank of the West** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  **Clinton Nurseries of Florida** | **1415 East Peidmont Drive Ste. 4 Tallahassee, FL 32308** | **Varilease Finance, Inc.** | ■ D    **2.3** ☐ E/F _____ ☐ G _____ |
| 2.3  **Clinton Nurseries of Florida** | **1415 East Peidmont Drive Ste. 4 Tallahassee, FL 32308** | **Spring Meadow Nursery, Inc.** | ■ D    **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4  **Clinton Nurseries of Maryland** | **517 Pond Meadow Road Westbrook, CT 06498** | **Bank of the West** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |

| Debtor | **Clinton Nurseries, Inc.** | | Case number *(if known)* | **17-31897** |

---

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Clinton Nurseries of Maryland** | 517 Pond Meadow Road Westbrook, CT 06498 | **Varilease Finance, Inc.** | ■ D  __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.6 | **Clinton Nurseries of Maryland** | 517 Pond Meadow Road Westbrook, CT 06498 | **Spring Meadow Nursery, Inc.** | ■ D  __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.7 | **Clinton Nurseries of Maryland** | 517 Pond Meadow Road Westbrook, CT 06498 | **Warren and Ann Richards Trust** | ■ D  __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.8 | **Triem, LLC** | 517 Pond Meadow Road Westbrook, CT 06498 | **Bank of the West** | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name   **Clinton Nurseries, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **17-31897**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $21,555,481.00 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $20,687,799.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $19,104,994.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

---

| Debtor | **Clinton Nurseries, Inc.** | | | | Case number *(if known)* | **17-31897** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached** | | **$0.00** | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;padding:2px;display:inline-block">**Part 3:**</div>   **Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **CH Robinson Worldwide v. Clinton Nurseries, Roland Beneket and David Richards**<br>**27-CV-17-17303** | **Collection** | **4th Judicial Court Minnesota** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **MacGuyver Media, LLC v. Clinton Nurseries, Inc.**<br>**CV-2017-009289** | **Collection** | **PA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Clinton Nurseries, Inc.**                                   Case number *(if known)* **17-31897**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **Pacific Mulch, Inc. v. David Richards and Clinton Nurseries, Inc.**<br>**17-CVS-1114** | **Collection** | **NC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **Bank of the West v. Clinton Nurseries, et al.**<br>**17-cv-01858** | | **US District Court for the District of CT** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Home Depot Foundation**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**2455 Paces Ferry Road**<br>**Atlanta, GA 30339** | **Cash Donation**<br><br>**5/1 $46,000.00**<br>**8/30 $15,300** | **5/1/2016 and 8/30/2016** | **$61,300.00** |
| Recipients relationship to debtor<br>**Customer** | | | |
| 9.2. **Clinton Education Foundation**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**137B Glenwood Road**<br>**Clinton, CT 06413** | **Cash Donation** | **6/28/2016** | **$2,500.00** |
| Recipients relationship to debtor<br>**None** | | | |
| 9.3. **Simsbury Granby Rotary**<br>**Attn: Pres., GP., or Mng. Mbr.**<br>**981 Hopemeadow Street**<br>**Simsbury, CT 06070** | **Cash Donation** | **6/28/2016** | **$1,000.00** |
| Recipients relationship to debtor<br>**None** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

---

| Debtor | Clinton Nurseries, Inc. | | Case number (if known) | 17-31897 |
|---|---|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 5/19/2017<br>$125,000<br>11/2/2017<br>$76,000<br>12/15/2017<br>$95,000 | |
| | **Zeisler & Zeisler<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604** | | | **$296,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

Debtor    **Clinton Nurseries, Inc.**                                    Case number *(if known)*   **17-31897**

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

  Name of plan                                                            Employer identification number of the plan
  **Clinton Nurseries, Inc. 401(k) Profit Sharing Plan and Trust**       EIN:   **06-0861696**

  Has the plan been terminated?
  - ■ No
  - ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of the West Attn: Pres., GP., or Mng. Mbr. P.O. Box 2830 Omaha, NE 68103** | **XXXX-7833** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ |  | **$0.00** |
| 18.2. | **Bank of the West Attn: Pres., GP., or Mng. Mbr. P.O. Box 2830 Omaha, NE 68103** | **XXXX-6000** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■<br><br>Other  **Concentrati on account** |  | **$0.00** |

Debtor    **Clinton Nurseries, Inc.**                                    Case number *(if known)*   **17-31897**

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Peter Richards<br>Mark Richards<br>21 Indian Drive<br>Clinton, CT 06413 | 114 N. Main Street<br>Clinton, CT 06413 | Use of acreage @114 N. Main Street, Clinton, CT<br>No rent/no lease | $0.00 |

---

**Part 12:    Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

---

| Debtor | **Clinton Nurseries, Inc.** | Case number *(if known)* **17-31897** |
| --- | --- | --- |

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

- ■ None

| Name and address | Date of service<br>From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.1.   **Judelson, Giordano & Siegal CPA PC**<br>**633 NY-211**<br>**Middletown, NY 10941** | **3/1/2016 to present** |

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26b.2.   **Lewitz, Balose, Wollack, Rayner & Giroux**<br>**36 Elm Street**<br>**Old Saybrook, CT 06475** | **Before 3/1/2016** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

- ☐ None

| Name and address |
| --- |
| 26d.1.   **Bank of the West**<br>**32605 Temecula Pkwy, Ste. 200**<br>**Temecula, CA 92592** |

**27. Inventories**

| Debtor | **Clinton Nurseries, Inc.** | Case number *(if known)* **17-31897** |
|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Richards | 48 Shore Road<br>Clinton, CT 06413 | President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Richards | 48 Shore Road<br>Clinton, CT 06413 | Vice President | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Matthew Richards | 53 Chapman Avenue<br>Westbrook, CT 06498 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Roland Beneke | | Chief Financial Officer | until 2/2017 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | David E. Richards | $500,640.00 | 2017 | Salary |
| | Relationship to debtor | | | |
| 30.2. | Michael Richards | $128,565.44 | 2017 | Salary |
| | Relationship to debtor | | | |

Debtor    **Clinton Nurseries, Inc.**                                          Case number *(if known)*  **17-31897**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Matthew Richards** | **$241,377.30** | **2017** | **Salary** |
| | **Relationship to debtor** | | | |

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Clinton Nurseries, Inc.**<br>**Clinton Nurseries of Maryland, Inc.**<br>**Clinton Nurseries of Florida, Inc.** | **EIN:**    **06-0861696** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Clinton Nurseries Inc 401(k) Profit Sharing Plan and Trust** | **EIN:**    **06-0861696** |

Debtor    **Clinton Nurseries, Inc.**                                         Case number *(if known)*  **17-31897**

---

**Part 14:**  **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 16, 2018**

**/s/ David Richards**                                   **David Richards**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Clinton Nurseries, Inc**
Check History Report
> $ 6,425  09/1/2017 thru 12/18/017

SOA #3

Activity From: 9/19/2017 to 12/18/2017

Clinton Nurseries, Inc. (CNC)

| Bank Code | Description | Check Number | Check Date | Check Amount | Check Type |
|---|---|---|---|---|---|
| **Vendor Number: AMERI03 American Express** | | | | | |
| W | Webster Bank  *P.O. Box 1270* | 001211 | 10/3/2017 | 6,329.20 | Auto |
| W | Webster Bank  *Newark, NJ 07101-1270* | 001408 | 11/2/2017 | 6,057.77 | Auto |
| W | Webster Bank | 001544 | 12/8/2017 | 13,991.13 | Manual |
| | | | Vendor American Express Total: | 26,378.10 | |
| **Vendor Number: ANTHO01 Anthony Tesselaar USA, Inc.**  *Supplier* | | | | | |
| W | Webster Bank  *15200 Mansel Ave.* | 001185 | 9/20/2017 | 1,000.00 | Manual |
| W | Webster Bank  *Lawndale, CA 90260* | 001234 | 10/3/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001256 | 10/13/2017 | 2,000.00 | Manual |
| W | Webster Bank | 001294 | 10/16/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001337 | 10/26/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001371 | 10/31/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001371 | 10/31/2017 | 1,000.00- | Reversal |
| W | Webster Bank | 001400 | 11/1/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001431 | 11/9/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001461 | 11/16/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001492 | 11/22/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001492 | 11/22/2017 | 1,000.00- | Reversal |
| W | Webster Bank | 001509 | 11/30/2017 | 1,000.00 | Manual |
| W | Webster Bank | 001540 | 12/7/2017 | 1,000.00 | Manual |
| | | | Vendor Anthony Tesselaar USA, Inc. Total: | 11,000.00 | |
| **Vendor Number:  BAILE01  Bailey Nurseries, Inc.**  *Supplier* | | | | | |
| W | Webster Bank  *1325 Bailey Rd.* | 001212 | 10/3/2017 | 23,598.35 | Auto |
| | *Newport, MN 55055* | | Vendor Bailey Nurseries, Inc. Total: | 23,598.35 | |
| **Vendor Number:  BANKO01  Bank of the West**  *Bank P+I* | | | | | |
| W | Webster Bank  *P.O. Box 515274* | 001498 | 11/28/2017 | 48,643.77 | Auto |
| | *Los Angeles, CA 90051-6574* | | Vendor Bank of the West Total: | 48,643.77 | |
| **Vendor Number:  CLINT09  Clinton Nurseries of Fla. Inc.**  *Intercompany* | | | | | |
| W | Webster Bank | 001359 | 11/1/2017 | 7,600.00 | Auto |
| W | Webster Bank | 001359 | 11/1/2017 | 7,600.00- | Reversal |
| W | Webster Bank | 001359 | 11/1/2017 | 7,600.00 | Auto |
| W | Webster Bank | 001359 | 11/1/2017 | 7,600.00- | Reversal |
| W | Webster Bank | 001385 | 11/1/2017 | 7,600.00 | Auto |
| | | | Vendor Clinton Nurseries of Fla, Inc. Total: | 7,600.00 | |
| **Vendor Number:  CLINT19  Clinton Nurseries of Maryland**  *Intercompany* | | | | | |
| W | Webster Bank | 001449 | 11/16/2017 | 189,827.50 | Auto |
| W | Webster Bank | 001519 | 12/7/2017 | 7,836.50 | Auto |
| | | | Vendor Clinton Nurseries of Maryland Total: | 197,664.00 | |
| **Vendor Number:  CPKB01  CPKB**  *Supplier* | | | | | |
| W | Webster Bank  *738 Springfield Ave.* | 001278 | 10/16/2017 | 41,250.00 | Auto |
| W | Webster Bank  *Summit, NJ 07901* | 001321 | 10/26/2017 | 1,963.85 | Auto |
| W | Webster Bank | 031361 | 11/1/2017 | 6,050.00 | Auto |
| W | Webster Bank | 001361 | 11/1/2017 | 6,050.00- | Reversal |
| W | Webster Bank | 001361 | 11/1/2017 | 6,050.00 | Reversal |
| W | Webster Bank | 001361 | 11/1/2017 | 6,050.00- | Reversal |
| W | Webster Bank | 001387 | 11/1/2017 | 6,050.00 | Auto |
| W | Webster Bank | 001450 | 11/16/2017 | 6,050.00 | Auto |
| | | | Vendor CPKB Total: | 55,313.85 | |
| **Vendor Number:  DELAG01  De Lage Landen Financial Serv.**  *lease pmts* | | | | | |
| W | Webster Bank  *P.O. Box 41602* | 001168 | 9/20/2017 | 1,805.32 | Auto |
| W | Webster Bank  *Philadelphia, PA 1901-1602* | 001218 | 10/3/2017 | 1,917.67 | Auto |
| W | Webster Bank | 001322 | 10/26/2017 | 1,805.32 | Auto |
| W | Webster Bank | 001416 | 11/9/2017 | 1,792.26 | Auto |
| W | Webster Bank | 001474 | 11/22/2017 | 1,805.32 | Auto |
| W | Webster Bank | 001557 | 12/14/2017 | 1,792.26 | Auto |
| W | Webster Bank | 001557 | 12/14/2017 | 1,792.26- | Reversal |

Arcent De Lage Landen Financial Srv. Total:                    9,125.89

| | Vendor Number: | CL&P01 Eversource | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 650032 *utilities* | 001165 | 9/20/2017 | 9,798.11 | Auto |
| W | Webster Bank | Dallas, TX 75265-0032 | 001250 | 10/3/2017 | 3,825.56 | Manual |
| W | Webster Bank | | 001250 | 10/3/2017 | 3,825.56- | Reversal |
| W | Webster Bank | | 001250 | 10/3/2017 | 3,825.56 | Reversal |
| W | Webster Bank | | 001250 | 10/3/2017 | 3,825.56- | Manual |
| W | Webster Bank | | 001254 | 10/5/2017 | 3,835.04 | Manual |
| W | Webster Bank | | 001277 | 10/16/2017 | 50.24 | Auto |
| W | Webster Bank | | 001338 | 10/26/2017 | 11,194.93 | Manual |
| W | Webster Bank | | 001338 | 10/26/2017 | 11,194.93- | Reversal |
| W | Webster Bank | | 001338 | 10/26/2017 | 11,194.93 | Reversal |
| W | Webster Bank | | 001414 | 11/9/2017 | 616.13 | Auto |
| W | Webster Bank | | 001443 | 11/15/2017 | 11,194.93 | Manual |
| W | Webster Bank | | 001443 | 11/15/2017 | 11,194.93- | Reversal |
| W | Webster Bank | | 001460 | 11/16/2017 | 8,903.52 | Auto |
| | | | | Vendor Eversource Total: | 34,397.97 | |

| | Vendor Number: | FARMF01 Farm Family Insurance *insurance* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 22019 | 001171 | 9/20/2017 | 21,126.65 | Auto |
| W | Webster Bank | Albany, NY 12201-2019 | 001417 | 11/9/2017 | 21,122.62 | Auto |
| W | Webster Bank | | 001476 | 11/22/2017 | 42,245.21 | Auto |
| | | | | Vendor Farm Family Insurance Total: | 84,494.48 | |

| | Vendor Number: | FISHB01 Fishback Nursery *Supplier* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | 40065 NW Wilkesboro Rd | 001186 | 9/20/2017 | 2,000.00 | Manual |
| W | Webster Bank | Banks, OR 97106 | 001236 | 10/3/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001257 | 10/13/2017 | 4,000.00 | Manual |
| W | Webster Bank | | 001296 | 10/16/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001339 | 10/26/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001372 | 10/31/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001372 | 10/31/2017 | 2,000.00- | Reversal |
| W | Webster Bank | | 001401 | 11/1/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001433 | 11/9/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001462 | 11/16/2017 | 2,000.00 | Manual |
| | | | | Vendor Fishback Nursery Total: | 18,000.00 | |

| | Vendor Number: | FLORI01 Florida Blue *insurance* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 660299 | 001220 | 10/3/2017 | 36,969.01 | Auto |
| W | Webster Bank | Dallas, TX 75266-0299 | 001418 | 11/9/2017 | 22,241.99 | Auto |
| W | Webster Bank | | 001523 | 12/7/2017 | 19,142.90 | Auto |
| | | | | Vendor Florida Blue Total: | 78,353.90 | |

| | Vendor Number: | FORDM01 Ford Credit *Auto loan pmts* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 220564 | 001172 | 9/20/2017 | 2,385.04 | Auto |
| W | Webster Bank | Pittsburgh, PA 15257-2564 | 001237 | 10/3/2017 | 2,953.06 | Manual |
| W | Webster Bank | | 001363 | 11/1/2017 | 2,953.06 | Auto |
| W | Webster Bank | | 001363 | 11/1/2017 | 2,953.06- | Reversal |
| W | Webster Bank | | 001363 | 11/1/2017 | 2,953.06 | Reversal |
| W | Webster Bank | | 001363 | 11/1/2017 | 2,953.06- | Reversal |
| W | Webster Bank | | 001389 | 11/1/2017 | 2,953.06 | Auto |
| W | Webster Bank | | 001559 | 12/14/2017 | 2,953.06 | Auto |
| W | Webster Bank | | 001559 | 12/14/2017 | 2,953.06- | Reversal |
| | | | | Vendor Ford Credit Total: | 8,291.16 | |

| | Vendor Number: | GRAYP01 Gray Plant Mooty *professional (atty)* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | 805 Eighth St. | W00504 | 12/15/2017 | 15,000.00 | Wire Transfer |
| | | Minneapolis, MN 55402 | | Vendor Gray Plant Mooty Total: | 15,000.00 | |

| | Vendor Number: | GRIFF01 Griffin Grnhouse Supplies Inc *Supplier* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 842937 | 001174 | 9/20/2017 | 15,181.77 | Auto |
| W | Webster Bank | Boston, MA 02284-2437 | 001238 | 10/3/2017 | 5,570.00 | Manual |
| W | Webster Bank | | 001282 | 10/16/2017 | 935.16 | Auto |
| W | Webster Bank | | 001503 | 11/30/2017 | 2,676.10 | Auto |
| | | | | Vendor Griffin Grnhouse Supplies Inc Total: | 24,363.03 | |

| | Vendor Number: | HARRE01 Harrell's *Supplier* | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | PO Box 935358 | 001187 | 9/20/2017 | 2,500.00 | Manual |
| W | Webster Bank | Atlanta, GA | 001239 | 10/3/2017 | 2,500.00 | Manual |
| W | Webster Bank | 31193 | 001258 | 10/13/2017 | 5,000.00 | Manual |
| W | Webster Bank | | 001297 | 10/16/2017 | 2,500.00 | Manual |
| W | Webster Bank | | 001297 | 10/16/2017 | 2,500.00- | Reversal |

| W | Webster Bank | | 001499 | 11/28/2017 | 75,000.00 | Manual |
| W | Webster Bank | | 001510 | 11/30/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001513 | 11/30/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001513 | 11/30/2017 | 3,500.00- | Reversal |
| | | | | Vendor Harrell's Total: | 88,500.00 | |

Vendor Number:   ICS01  ICS, Inc.   *Home Depot Service provider/vendor*
*1 Component Park*
*W. Bridgewater, MA*
*02379*

| W | Webster Bank | | 001188 | 9/20/2017 | 2,500.00 | Manual |
| W | Webster Bank | | 001240 | 10/3/2017 | 2,500.00 | Manual |
| W | Webster Bank | | 001259 | 10/13/2017 | 5,000.00 | Manual |
| W | Webster Bank | | 001298 | 10/16/2017 | 2,500.00 | Manual |
| W | Webster Bank | | 001340 | 10/26/2017 | 2,500.00 | Manual |
| | | | | Vendor ICS, Inc. Total: | 15,000.00 | |

Vendor Number:   SULLI02  J.J. Sullivan Inc.   *Oil deliveries/Supplier*
*P.O. Box 348*
*Guilford, CT 06437*

| W | Webster Bank | | 001182 | 9/20/2017 | 1,132.55 | Auto |
| W | Webster Bank | | 001231 | 10/3/2017 | 734.65 | Auto |
| W | Webster Bank | | 001291 | 10/16/2017 | 1,088.04 | Auto |
| W | Webster Bank | | 001334 | 10/26/2017 | 777.34 | Auto |
| W | Webster Bank | | 001370 | 11/1/2017 | 644.09 | Auto |
| W | Webster Bank | | 001370 | 11/1/2017 | 644.09- | Reversal |
| W | Webster Bank | | 001370 | 11/1/2017 | 644.09 | Reversal |
| W | Webster Bank | | 001370 | 11/1/2017 | 644.09- | Auto |
| W | Webster Bank | | 001398 | 11/1/2017 | 644.09 | Auto |
| W | Webster Bank | | 001426 | 11/9/2017 | 1,111.18 | Auto |
| W | Webster Bank | | 001457 | 11/16/2017 | 2,589.65 | Auto |
| W | Webster Bank | | 001489 | 11/22/2017 | 1,142.75 | Auto |
| W | Webster Bank | | 001508 | 11/30/2017 | 1,290.18 | Auto |
| W | Webster Bank | | 001515 | 12/1/2017 | 10,118.53 | Manual |
| W | Webster Bank | | 001516 | 12/1/2017 | 5,000.00 | Manual |
| W | Webster Bank | | 001543 | 12/8/2017 | 5,000.00 | Manual |
| | | | | Vendor J.J. Sullivan Inc. Total: | 30,628.96 | |

Vendor Number:   JUDEL01  Judelson, Giordano & Siegel PC   *professional svc/accountants*
*633 Route 211 East*
*Middletown, NY 10941*

| W | Webster Bank | | 001366 | 11/1/2017 | 7,500.00 | Auto |
| W | Webster Bank | | 001366 | 11/1/2017 | 7,500.00- | Reversal |
| W | Webster Bank | | 001366 | 11/1/2017 | 7,500.00 | Reversal |
| W | Webster Bank | | 001366 | 11/1/2017 | 7,500.00- | Reversal |
| W | Webster Bank | | 001392 | 11/1/2017 | 7,500.00 | Auto |
| W | Webster Bank | | W00505 | 12/18/2017 | 20,953.00 | Wire Transfer |
| | | | | Vendor Judelson, Giordano & Siegel PC Total: | 28,453.00 | |

Vendor Number:   KAINE01  Kainen, Escalera & McHale, PC   *professional / atty*
*21 Oak St.*
*Hartford, CT 06106*

| W | Webster Bank | | 001177 | 9/20/2017 | 3,290.00 | Auto |
| W | Webster Bank | | 001327 | 10/26/2017 | 140.00 | Auto |
| W | Webster Bank | | 001454 | 11/16/2017 | 3,722.50 | Auto |
| W | Webster Bank | | 001563 | 12/14/2017 | 594.90 | Auto |
| W | Webster Bank | | 001563 | 12/14/2017 | 594.90- | Reversal |
| | | | | Vendor Kainen, Escalera & McHale, PC Total: | 7,152.50 | |

Vendor Number:   LANDO01  Landon Lumber Company, Inc.   *Supplier*
*134 Boston Post Rd.*
*Madison, CT 06443*

| W | Webster Bank | | 001287 | 10/16/2017 | 95.94 | Auto |
| W | Webster Bank | | 001421 | 11/9/2017 | 1,398.18 | Auto |
| W | Webster Bank | | 001469 | 11/16/2017 | 17,487.60 | Auto |
| | | | | Vendor Landon Lumber Company, Inc. Total: | 18,981.72 | |

Vendor Number:   LEWIT01  Lewitz, Balosie, Wollack,   *Professional/accountant*
*36 Elm Street*
*Old Saybrook, CT 0647*

| W | Webster Bank | | 001373 | 10/31/2017 | 15,000.00 | Manual |
| W | Webster Bank | | 001373 | 10/31/2017 | 15,000.00- | Reversal |
| W | Webster Bank | | 001393 | 11/1/2017 | 15,000.00 | Manual |
| | | | | Vendor Lewitz, Balosie, Wollack, Total: | 15,000.00 | |

Vendor Number:   MCKIN01  McKinnon Nursery Inc.   *Supplier*
*13835 Butteville Rd.*
*Gervais, OR 97026*

| W | Webster Bank | | 001190 | 9/20/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001242 | 10/3/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001261 | 10/13/2017 | 6,000.00 | Manual |
| W | Webster Bank | | 001300 | 10/16/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001342 | 10/26/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001374 | 10/31/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001374 | 10/31/2017 | 3,000.00- | Reversal |
| W | Webster Bank | | 001402 | 11/1/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001434 | 11/9/2017 | 3,000.00 | Manual |

17-3189

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | 001469 | 11/16/2017 | 3,000.00 | Manual |
| W | Webster Bank | 001494 | 11/22/2017 | 3,000.00 | Manual |
| W | Webster Bank | 001494 | 11/22/2017 | 3,000.00- | Reversal |
| W | Webster Bank | 001541 | 12/7/2017 | 9,000.00 | Manual |
| | | | Vendor McKinnon Nursery Inc. Total: | 36,000.00 | |

**Vendor Number:   MUTUA01  Mutual of Omaha**   *insurance*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 2147 | 001225 | 10/3/2017 | 3,532.33 | Auto |
| W | Webster Bank | Omaha, NE 68103-2147 | 001367 | 11/1/2017 | 3,500.67 | Auto |
| W | Webster Bank | | 001367 | 11/1/2017 | 3,500.67- | Reversal |
| W | Webster Bank | | 001367 | 11/1/2017 | 3,500.67 | Auto |
| W | Webster Bank | | 001367 | 11/1/2017 | 3,500.67- | Reversal |
| W | Webster Bank | | 001394 | 11/1/2017 | 3,500.67 | Auto |
| W | Webster Bank | | 001528 | 12/7/2017 | 1,579.40 | Auto |
| | | | Vendor Mutual of Omaha Total: | 8,612.40 | |

**Vendor Number:   NFILO01  NFI Logistics LLC**   *trucker - vendor*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 417736 | 001178 | 9/20/2017 | 23,087.27 | Auto |
| W | Webster Bank | Boston, MA 02241-7736 | 001226 | 10/3/2017 | 37,278.23 | Auto |
| W | Webster Bank | | 001288 | 10/16/2017 | 17,894.94 | Auto |
| W | Webster Bank | | 001288 | 10/16/2017 | 17,894.94- | Reversal |
| W | Webster Bank | | 001302 | 10/16/2017 | 13,618.70 | Auto |
| W | Webster Bank | | 001329 | 10/26/2017 | 54,607.91 | Auto |
| W | Webster Bank | | 001437 | 11/9/2017 | 3,789.40 | Manual |
| W | Webster Bank | | 001482 | 11/22/2017 | 8,575.96 | Auto |
| W | Webster Bank | | 001505 | 11/30/2017 | 7,212.58 | Auto |
| W | Webster Bank | | 001564 | 12/14/2017 | 1,300.66 | Auto |
| W | Webster Bank | | 001564 | 12/14/2017 | 1,300.66- | Reversal |
| | | | Vendor NFI Logistics LLC Total: | 148,170.05 | |

**Vendor Number:   NURSE01  Nursery Supplies, Inc.**   *Supplier*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 64010 | 001192 | 9/20/2017 | 3,000.00 | Manual |
| W | Webster Bank | Dallas, TX 75266-4010 | 001244 | 10/3/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001263 | 10/13/2017 | 6,000.00 | Manual |
| W | Webster Bank | | 001305 | 10/16/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001344 | 10/26/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001376 | 10/31/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001376 | 10/31/2017 | 3,000.00- | Reversal |
| W | Webster Bank | | 001404 | 11/1/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001438 | 11/9/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001466 | 11/16/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001495 | 11/22/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001495 | 11/22/2017 | 3,000.00- | Reversal |
| | | | Vendor Nursery Supplies, Inc. Total: | 27,000.00 | |

**Vendor Number:   ONLIN01  Online Freight Services, Inc.**   *trucker/vendor*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | 2275 Waters Drive | 001422 | 11/9/2017 | 850.00 | Auto |
| W | Webster Bank | Mendota Hgts., MN 55120 | 001455 | 11/16/2017 | 5,500.00 | Auto |
| W | Webster Bank | | 001483 | 11/22/2017 | 10,200.00 | Auto |
| W | Webster Bank | | 001506 | 11/30/2017 | 15,570.00 | Auto |
| W | Webster Bank | | 001530 | 12/7/2017 | 29,495.00 | Auto |
| W | Webster Bank | | 001565 | 12/14/2017 | 9,100.00 | Auto |
| W | Webster Bank | | 001565 | 12/14/2017 | 9,100.00- | Reversal |
| | | | Vendor Online Freight Services, Inc. Total: | 61,615.00 | |

**Vendor Number:   QUEEN02  Queenstown Bank of Maryland**   *Bank P+I*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | P.O. Box 120 | 001252 | 10/5/2017 | 7,720.36 | Manual |
| W | Webster Bank | Queenstown, MD 21658 | Vendor Queenstown Bank of Maryland Total: | 7,720.36 | |

**Vendor Number:   RICHA01  Richards Farms**   *Rent Pmt*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | 114 W. Main St. | 001199 | 9/21/2017 | 20,000.00 | Manual |
| W | Webster Bank | Clinton, CT 06413 | 001200 | 10/3/2017 | 20,000.00 | Manual |
| W | Webster Bank | | 001378 | 11/1/2017 | 20,000.00 | Manual |
| W | Webster Bank | | 001517 | 12/4/2017 | 20,000.00 | Manual |
| | | | Vendor Richards Farms Total: | 80,000.00 | |

**Vendor Number:   RIDGE01  Ridge Manor Nurseries**   *Supplier*

| | | | | | | |
|---|---|---|---|---|---|---|
| W | Webster Bank | 7925 N. Ridge Rd. | 001194 | 9/20/2017 | 2,000.00 | Manual |
| W | Webster Bank | Madison, OH 44057 | 001246 | 10/3/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001265 | 10/13/2017 | 4,000.00 | Manual |
| W | Webster Bank | | 001307 | 10/16/2017 | 2,000.00 | Manual |
| W | Webster Bank | | 001346 | 10/26/2017 | 2,000.00 | Manual |

*Vendor Ridge Manor Nurseries Total:* 12,000.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor Number:** | SKED01 | Sked Electric LLC *Supplier* | | | | |
| | | *30 Sunset Dr.* | | | | |
| W | Webster Bank | *Old Lyme, CT 06371* | 001332 | 10/26/2017 | 1,857.20 | Auto |
| W | Webster Bank | | 001487 | 11/22/2017 | 5,387.69 | Auto |
| | | | | **Vendor Sked Electric LLC Total:** | 7,244.89 | |
| **Vendor Number:** | SOUND02 | Sound Petroleum *Supplier (gas)* | | | | |
| | | *359 E. Main St.* | | | | |
| W | Webster Bank | *Clinton, CT 06413* | 001181 | 9/20/2017 | 2,250.49 | Auto |
| W | Webster Bank | | 001290 | 10/16/2017 | 4,414.86 | Auto |
| W | Webster Bank | | 001333 | 10/26/2017 | 768.22 | Auto |
| W | Webster Bank | | 001351 | 10/31/2017 | 1,567.19 | Auto |
| W | Webster Bank | | 001377 | 10/31/2017 | 1,496.74 | Manual |
| W | Webster Bank | | 001377 | 10/31/2017 | 1,496.74- | Reversal |
| W | Webster Bank | | 001397 | 11/1/2017 | 1,496.74 | Auto |
| W | Webster Bank | | 001488 | 11/22/2017 | 1,925.63 | Auto |
| W | Webster Bank | | 001507 | 11/30/2017 | 795.14 | Auto |
| W | Webster Bank | | 001566 | 12/14/2017 | 602.64 | Auto |
| W | Webster Bank | | 001566 | 12/14/2017 | 602.64- | Reversal |
| | | | | **Vendor Sound Petroleum Total:** | 13,218.27 | |
| **Vendor Number:** | SPRIN01 | Spring Meadow Nursery, Inc. *Supplier / IP* | | | | |
| | | *12601 120th Ave.* | | | | |
| W | Webster Bank | *Grand Haven, MI 49417-9621* | 001195 | 9/20/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001247 | 10/3/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001266 | 10/13/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001308 | 10/16/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001347 | 10/26/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001350 | 10/26/2017 | 27,902.40 | Manual |
| W | Webster Bank | | 001405 | 11/1/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001439 | 11/9/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001467 | 11/16/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001496 | 11/22/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001496 | 11/22/2017 | 1,500.00- | Reversal |
| W | Webster Bank | | 001511 | 11/30/2017 | 1,500.00 | Manual |
| | | | | **Vendor Spring Meadow Nursery, Inc. Total:** | 42,902.40 | |
| **Vendor Number:** | STARR01 | Star Roses & Plants *Supplier / IP* | | | | |
| | | *P.O. Box 217* | | | | |
| W | Webster Bank | *Dinuba, CA 93618* | 001196 | 9/20/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001248 | 10/3/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001267 | 10/13/2017 | 7,000.00 | Manual |
| W | Webster Bank | | 001309 | 10/16/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001348 | 10/26/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001406 | 11/1/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001440 | 11/9/2017 | 12,802.40 | Manual |
| W | Webster Bank | | 001468 | 11/16/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001497 | 11/22/2017 | 3,500.00 | Manual |
| W | Webster Bank | | 001497 | 11/22/2017 | 3,500.00- | Reversal |
| W | Webster Bank | | 001512 | 11/30/2017 | 3,500.00 | Manual |
| | | | | **Vendor Star Roses & Plants Total:** | 44,302.40 | |
| **Vendor Number:** | STINC01 | Stinchcomb Associates, Inc. *Home Depot Service provider & vendor* | | | | |
| | | *118 E. Adams St.* | | | | |
| W | Webster Bank | *Sandusky, OH 44870* | 001197 | 9/20/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001249 | 10/3/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001268 | 10/13/2017 | 3,000.00 | Manual |
| W | Webster Bank | | 001311 | 10/16/2017 | 1,500.00 | Manual |
| W | Webster Bank | | 001349 | 10/26/2017 | 1,500.00 | Manual |
| | | | | **Vendor Stinchcomb Associates, Inc. Total:** | 9,000.00 | |
| **Vendor Number:** | TAXCO01 | Tax Collector, Town of Clinton *Taxes* | | | | |
| | | *54 E. Main St.* | | | | |
| W | Webster Bank | *Clinton, CT 06413* | 001303 | 10/16/2017 | 29,498.77 | Auto |
| | | | | **Vendor Tax Collector, Town of Clinton Total:** | 29,498.77 | |
| **Vendor Number:** | ROBER01 | The Robert Baker Company *Supplier* | | | | |
| | | *P.O. Box 434* | | | | |
| W | Webster Bank | *W. Suffield, CT 06093-0434* | 001255 | 10/12/2017 | 67,362.50 | Manual |
| | | | | **Vendor The Robert Baker Company Total:** | 67,362.50 | |
| **Vendor Number:** | SCHUN01 | The Schundler Company *Supplier* | | | | |
| | | *150 Whitman Ave.* | | | | |
| W | Webster Bank | *Edison, NJ 08817* | 001456 | 11/16/2017 | 6,496.00 | Auto |
| | | | | **Vendor The Schundler Company Total:** | 6,496.00 | |
| **Vendor Number:** | THETN | The TNS Group *Service provider* | | | | |
| | | *3 Landmark Square* | | | | |
| W | Webster Bank | *Stamford, CT 06901* | 001198 | 9/20/2017 | 17,219.96 | Manual |
| W | Webster Bank | | 001292 | 10/16/2017 | 7,673.98 | Auto |
| W | Webster Bank | | 001335 | 10/26/2017 | 1,990.87 | Auto |

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 001333 | 6/26/2017 | 1,990.87- | Reversal |
| W | Webster Bank | 001407 | 11/1/2017 | 118.87 | Manual |
| W | Webster Bank | 001427 | 11/9/2017 | 7,673.98 | Auto |
| W | Webster Bank | 001536 | 12/7/2017 | 7,673.98 | Auto |
| | | | Vendor The TNS Group Total: | 40,360.77 | |

Vendor Number:   TAXCO03  Town of Westbrook   *taxes*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank   Westbrook Tax Collector | 001304 | 10/16/2017 | 21,113.56 | Auto |
| W | Webster Bank   866 Boston Post Rd. | 001399 | 11/1/2017 | 382.73 | Auto |
| | Westbrook, CT 06498 | | Vendor Town of Westbrook Total: | 21,496.29 | |

Vendor Number:   TRUEN01  True North Capital Parners LLC   *Professional - Investment Banker*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank   9 W. Broad St, Suite 510 | 001441 | 11/14/2017 | 12,000.00 | Auto |
| | Stamford, CT 06902 | | Vendor True North Capital Parners LLC Total: | 12,000.00 | |

Vendor Number:   TRUEN01  True North Capital Partners LL   *professional*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 001537 | 12/7/2017 | 12,000.00 | Auto |
| W | Webster Bank | 001546 | 12/12/2017 | 251.05 | Auto |
| | | | Vendor True North Capital Partners LL Total: | 12,251.05 | |

Vendor Number:   WHITT01  Whittemore Perlite Co., Inc.   *supplier*

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank   P.O. Box 3099 | 001458 | 11/16/2017 | 7,137.61 | Auto |
| | Andover, MA 01810 | | Vendor Whittemore Perlite Co., Inc. Total: | 7,137.61 | |

Vendor Number:   WILCO02  Wilcox Energy

| | | | | | |
|---|---|---|---|---|---|
| W | Webster Bank   P.O. Box 687 | 001547 | 12/14/2017 | 20,000.00 | Manual |
| | Westbrook, CT 06498-0687 | | Vendor Wilcox Energy Total: | 20,000.00 | |

Check History Report
CNC Payments to Triem, Richards Farms, David E Richards, Matthew W Richards, Michael Richards & Local Knowledge

Activity From: 12/19/2016 to 12/18/2017

## Clinton Nurseries, Inc. (CNC)

| Bank Code | Description | Check Number | Check Date | Check Amount | Check Type |
|---|---|---|---|---|---|
| Vendor | LOCAL01 Local Knowledge, LLC | | | | |
| W | Webster Bank | 000446 | 5/12/2017 | 26,455.28 | Auto |
| | | | Vendor LOCAL01 Total: | 26,455.28 | |
| Vendor | RICHA01 Richards Farms | | | | |
| W | Webster Bank | 000277 | 4/13/2017 | 20,000.00 | Auto |
| W | Webster Bank | 000454 | 5/12/2017 | 300,000.00 | Auto |
| W | Webster Bank | 000469 | 5/17/2017 | 180,000.00 | Manual |
| W | Webster Bank | 000865 | 8/9/2017 | 20,000.00 | Manual |
| W | Webster Bank | 000866 | 8/9/2017 | 7,645.06 | Manual |
| W | Webster Bank | 001199 | 9/21/2017 | 20,000.00 | Manual |
| W | Webster Bank | 001200 | 10/3/2017 | 20,000.00 | Manual |
| W | Webster Bank | 001378 | 11/1/2017 | 20,000.00 | Manual |
| W | Webster Bank | 001517 | 12/4/2017 | 20,000.00 | Manual |
| | | | Vendor RICHA01 Total: | 607,645.06 | |
| | | | | 180,000.00- | Richards Farms payback to CNC $180K 05/19/2017 # |
| | | | TOTAL | 427,645.06 | |

| Vendor | RICHA04 Matthew W. Richards | | | | |
|---|---|---|---|---|---|
| W | Webster Bank | 000222 | 4/7/2017 | 7,117.92 | Manual | MANUAL PAYROLL CHECK |
| W | Webster Bank | 000561 | 5/31/2017 | 14.60 | Auto |
| W | Webster Bank | 001532 | 12/7/2017 | 2,000.00 | Auto |
| | | | Vendor RICHA04 Total: | 9,132.52 | |


ADP PAYCHECK

CLINTON NURSERIES, INC.   CASE 17-31987

VEHICLE LIST

| Year | Make | Model | Plate | V.I.N. | | Area |
|------|------|-------|-------|--------|---|------|
| 2016 | BMW | | ILEX | 5UXKROC55GOP30839 | LEASED | Administration |
| 2016 | Ford | Transit Connect | AE12568 | NMOLE7F72G1233262 | FORD MOTOR CREDIT C | Sales Support |
| 2016 | Ford | Explorer | AE43671 | 1FM5K7F82GGA26831 | ALLY | Administration |
| 2014 | Ford | Edge/Limited | 45671 | 2FMDK4KC9EBA75162 | BANK OF AMERICA | Administration |
| 2015 | Ford | Transit Wagon | 51253 | NM0AS8F70F1208381 | FORD MOTOR CREDIT C | Tech Services |
| 2014 | Ford | Edge Sports Utility | 44334 | 2FMDK4KC5EBA53014 | FORD MOTOR CREDIT C | Sales Support |
| 2013 | Ford | Transit Connect | 45090 | NM0LS7BNXD146133 | | Sales Support |
| 2013 | Ford | Transit Van | 50503 | NM0LS7DN5DT173052 | FORD MOTOR CREDIT C | Spare |
| 2013 | Ford | Transit Van | L-15599 | NM0LS7DN9DT154553 | FORD MOTOR CREDIT C | Sales |
| 2012 | Honda | Accord Crosstour | WWRJ | 5J6TF1H51CL007070 | | Administration |
| 2012 | Dodge | Ram Van | 1334CM | 2C4RDGAG8CR322167 | | Sales Support |
| 2010 | Chrysler | Town & Country Van | AE12705 | 2A4RR4DE3AR227520 | | Sales Support |
| 2010 | Chrysler | Town & Country Van | 498XVA | 2A4RR4DE5AR227521 | | Sales Support |
| 2010 | Chrysler | Town & Country Van | AE12704 | 2A4RR4DE5AR227521 | | Area 1 |
| 2010 | Ford | Pick-up F150 | 48201 | 1FTFW1EVXAFD48017 | | Administration |
| 2009 | Lincoln | MKX | BUSHES | 2LMDU88C59BJ06975 | | Administration |
| 2007 | Ford | Pickup F150 | 46193 | 1FTRX14W97NA80130 | | 1&2 |
| 2007 | Ford | Pickup F150 | 46195 | 1FTRX12W47FB78270 | | 3 |
| 2007 | Ford | Pickup F150 Super Cre | 46194 | 1FTPW14V27B88682 | | Maintenance |
| 2007 | Dodge | Caravan Van | 46908 | 1D4GP25RX7B111170 | | Spare |
| 2007 | Chevy | Express Van 3500 | 35930 | 2GBHG31U471242252 | | Maintenance Garag |
| 2006 | Toyota | Tacoma Pickup | 45976 | 5TEUU42N467233992 | | Administration |
| 2004 | Ford | Pickup F250 | 46703 | 1FTNF20L34EC14161 | | 4a,4b,5 |
| 2004 | Ford | Pickup F250 | 46704 | 1FTNF20L04EC20418 | | 4a,4b,5 |
| 2004 | Nissan | Titan Pickup | 44324 | 1N6AA06884N536176 | | 1&2 |
| 2004 | Toyota | Camry Solara | NURSRY | 4T1CE38P34U773685 | | Administration |
| 2004 | Isuzu | Van | 41610 | JALB4B14047005494 | | Garage |
| 2003 | Ford | Pickup F250 4x4 | 46171 | 3FTNF21L53MB22913 | | Rt 1 |
| 2003 | GMC | Pickup Sierra | 38686 | 1GTEC14V53Z202423 | | Inventory Support |
| 2002 | Chevy | Tahoe C1 | AE12562 | 1GNEC13ZX2J249892 | | Spare |
| 2002 | Chevy | Astro Van | 44967 | 1GNEL19X82B152240 | | Sales Support |
| 2002 | Ford | Pickup F250 | 44758 | 1FTNF21132EC23213 | | Maintenance |
| 2000 | Ford | Pickup F150 | 18788C | 2FTRX07W6YCA58406 | | 4a,4b,5 |
| 1999 | Dodge | Ram Van | 39240 | 2B5WB3525XK525277 | | Field Production |
| 1998 | Chevy | Blazer | 934PPO | 1GNDT13W6W2190521 | | Rt 1 |
| 1998 | Chevy | Pickup GMT400 | 39231 | 1GCGK24R0WZ193753 | | Maintenance |
| 1997 | Chevy | Pickup Flatbed | 39929 | 1GCGC29R6VE238433 | | Kelseytown |
| 1996 | Chevy | Pickup C-10 | 39559 | 1GCEK19W3T1111437 | | Adminstration |

## SUMMARY OF NOL CARRYFORWARDS

| | CNC | | CNM | | | CNF | |
|---|---|---|---|---|---|---|---|
| | CT FED | CT STATE | MD FED | MD STATE | CT TAX | FL FED | FL STATE |
| 2001 | | 52,169 | | | | | |
| 2005 | | 960,253 | | | | | |
| 2006 | | 302,229 | | | | | |
| 2007 | | 363,030 | | | | | |
| 2008 | | 779,949 | | | | | |
| 2009 | | 320,133 | | | | | |
| 2011 | | 305,859 | 1,477,193 | 1,477,193 | | | |
| 2012 | 1,681,823 | 2,026,464 | 5,323,164 | 5,323,164 | 271,559 | | |
| 2013 | | | 5,399,852 | 5,399,852 | 337,248 | 466,199 | 466,199 |
| 2014 | 1,188,801 | 1,195,076 | 2,889,600 | 2,889,600 | 281,183 | 700,024 | 700,024 |
| 2015 | 2,918,885 | 2,920,902 | 7,212,766 | 7,212,766 | 364,037 | 774,557 | 774,557 |
| 2016 | 2,918,770 | 2,918,520 | 1,964,279 | 1,964,279 | 40,708 | | |
| 2017 | 5,529,150 | 5,528,900 | 4,828,936 | 4,256,790 | 572,146 | 3,961,000 | 3,961,000 |
| TOTAL | 14,237,429 | 17,673,484 | 29,095,790 | 28,523,644 | 1,866,881 | 5,901,780 | 5,901,780 |
| RATE: | 0.20 | 0.075 | 0.20 | 0.0825 | 0.075 | 0.20 | 0.055 |
| VALUE OF NOL | 2,847,486 | 1,325,511 | 5,819,158 | 2,353,201 | 140,016 | 1,180,356 | 324,598 |

| | |
|---|---|
| TOTAL FED | 49,234,999 |
| TOTAL CT STATE | 19,540,365 |
| TOTAL MD STATE | 28,523,644 |
| TOTAL FL STATE | 5,901,780 |
| TOTAL STATE | 53,965,789 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

| | | | |
|---|---|---|---|
| In re | **Clinton Nurseries, Inc.** | Case No. | **17-31897** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **175,000.00** |
   | Prior to the filing of this statement I have received | $ | **175,000.00** |
   | Balance Due | $ | **0.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 16, 2018** | **/s/ Eric Henzy** |
| *Date* | **Eric Henzy ct12849** |
| | *Signature of Attorney* |
| | **Zeisler & Zeisler, P.C.** |
| | **10 Middle Street, 15th Floor** |
| | **P.O. Box 1220** |
| | **Bridgeport, CT 06604** |
| | **(203) 368-4234  Fax: (203) 367-9678** |
| | **info@zeislaw.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Connecticut

In re   **Clinton Nurseries, Inc.**

Debtor(s)

Case No.   **17-31897**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Richards<br>48 Shore Road<br>Clinton, CT 06413** | | **83.33%** | |
| **Matthew Richards<br>53 Chapman Avenue<br>Westbrook, CT 06498** | | **8.33%** | |
| **Michael Richards<br>48 Shore Road<br>Clinton, CT 06413** | | **8.33%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 16, 2018**

Signature   **/s/ David Richards**

**David Richards**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

| | | | |
|---|---|---|---|
| In re | **Clinton Nurseries, Inc.** | Case No. | **17-31897** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Clinton Nurseries, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**David Richards**
**48 Shore Road**
**Clinton, CT 06413**

**Matthew Richards**
**53 Chapman Avenue**
**Westbrook, CT 06498**

**Michael Richards**
**48 Shore Road**
**Clinton, CT 06413**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 16, 2018** | **/s/ Eric Henzy** |
| Date | **Eric Henzy ct12849** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Clinton Nurseries, Inc.** |
| | **Zeisler & Zeisler, P.C.** |
| | **10 Middle Street, 15th Floor** |
| | **P.O. Box 1220** |
| | **Bridgeport, CT 06604** |
| | **(203) 368-4234 Fax:(203) 367-9678** |
| | **info@zeislaw.com** |