**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLINTON NURSERIES, INC., | : | Case No. 17-31897(JJT) |
| CLINTON NURSERIES OF MARYLAND, INC., | : | Case No. 17-31898(JJT) |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | Case No. 17-31899(JJT) |
| TRIEM LLC, | : | Case No. 17-31900(JJT) |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 17-31897(JJT)) |
| | : | |
| FORD MOTOR CREDIT COMPANY | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| CLINTON NURSERIES, INC. and | : | |
| CLINTON NURSERIES OF MARYLAND, INC. | : | |
| | : | |
| Respondents. | : | |
| | : | JANUARY 18, 2018 |

**CERTIFICATE OF SERVICE**

I, Patrick R. Linsey, counsel to Clinton Nurseries, Inc. and Clinton Nurseries of Maryland, Inc., debtors and debtors-in-possession (collectively, the "Debtors"), hereby certify that on the 18th day of January, 2018, the Debtors' Motion for Extension of Time, Upon Consent, to Respond to Ford Motor Credit Company's Motion for Adequate Protection and Proposed Order (ECF No. 102, collectively, the "Served Documents") were served on (a) Ford Motor Credit Company; (b) the United States Trustee; (c) the Official Committee of Unsecured Creditors; and (d) the creditors that hold the 20 largest unsecured claims with respect to each of the Debtors, as follows:

The Served Documents were filed electronically and e-mailed via the Court's CM/ECF electronic noticing system or e-mailed by this office to the parties as set forth on the service list

attached hereto as **Exhibit A**. Parties may access the Served Documents through the Court's CM/ECF System.

The Served Documents were sent via U.S. Mail, postage prepaid, to the parties as set forth on the service list attached hereto as **Exhibit B**.

Dated this 18th day of January, 2018, at Bridgeport, Connecticut.

By: */s/ Patrick R. Linsey*
Eric Henzy (Federal Bar No. ct12849)
Patrick R. Linsey (Federal Bar No. ct29437)
Joanna M. Kornafel (Federal Bar No. ct29199)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax 203-367-9678
Email:  ehenzy@zeislaw.com
           plinsey@zeislaw.com
           jkornafel@zeislaw.com

Their Attorneys

**EXHIBIT A**

Warren and Ann Richards Trust
Taruna Garg   tgarg@murthalaw.com; mgarcia@murthalaw.com

Bank of the West
Irve J. Goldman   igoldman@pullcom.com; rmccoy@pullcom.com
William B. Freeman, Esq.   bill.freeman@kattenlaw.com

Stinchcomb Associates, Inc.
Eric S. Goldstein   egoldstein@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com
Latonia C. Williams   lwilliams@goodwin.com; bankruptcyparalegal@goodwin.com; bankruptcy@goodwin.com

Container Centralen, Inc.
Evan S. Goldstein   egoldstein@uks.com

Fishback Nursery
Carl T. Gulliver   cgulliver@coanlewendon.com

Varilease Finance, Inc.
Nancy B. Kinsella   nkinsella@npmlaw.com
Douglas S. Skalka   dskalka@npmlaw.com; bankruptcy@npmlaw.com; smowery@npmlaw.com; npm.bankruptcy@gmail.com; ecrafts@npmlaw.com; r56844@notify.bestcase.com

Ford Motor Credit
Mitchell J. Levine   MLevine@nairlevin.com

Office of the US Trustee
Kim L. McCabe   kim.mccabe@usdoj.gov
Kari A. Mitchell   kari.mitchell@usdoj.gov

U. S. Trustee   USTPRegion02.NH.ECF@USDOJ.GOV

Official Committee of Creditors
Lauren McNair   lmcnair@gs-lawfirm.com; cfisher@gs-lawfirm.com
Jeffrey M. Sklarz   jsklarz@gs-lawfirm.com; aevans@gs-lawfirm.com

The Conard-Pyle Co., Inc.
Joshua Pedreira   jpedreira@cohenandwolf.com
Suzanne B. Sutton   ssutton@cohenandwolf.com

| | |
|---|---|
| Jane LaPrino<br>Lucas Bennett Rocklin | lrocklin@npmlaw.com; ecrafts@npmlaw.com |
| Bankcard Center<br>James Salisbury, VP | james.salisbury@bankofthewest.com |
| Berger Horticultural Products<br>Carole Delude | caroled@berger.ca |
| Cottage Gardens, Inc.<br>Rob Uchtman | ruchtman@cottagegardensinc.com |
| Dutchmaster Nurseries LTD | admin@dutchmasternurseries.com |
| HDS USA, LLC | peter@horticulturedirect.com |
| Harrell's | creditar@harrells.com |
| Ivy Acres, Inc.<br>Jim Andrews | Jandrews@ivyacres.com |
| MacGuyver Media | mac@macguyvermedia.com<br>bryanageorge@verizon.net |
| Pastanch, LLC<br>Chris DePaolo | chrisdepaolo@sbcglobal.com |
| Qualitree Propagators Inc.<br>Deborah Woelders | deborah@qualitree.com |
| Star Roses & Plants<br>David F. Watkins | dwatkins@starrosesandplants.com |
| Whittemore Perlite Co., Inc.<br>Jeffrey Sheehy | jeffsheehy@comcast.net |
| C.H. Robinson Worldwide, Inc.<br>Meghan Hughes | meghan.hughes@chrobinson.com |
| CC Delivery Services, Inc.<br>Greg Chouljian | greg.chouljian@cc-racks.com |
| John Carcieri & Associates LLC<br>John Carcieri | jacarcieri@gmail.com |

Airtec Sprayers, Inc.
Shana Warfield                         shana@airtecsprayers.com

East Jordan Plastics Inc.
Dave Graham                            dave.graham@ejplastics.com

Graco Fertilizer Company               info@gracofertilizer.com

Hoffman Nursery
John Hoffman                           grassguy@hoffmannursery.com

Imperial Nurseries, Inc.
Anthony Galici                         agalici@griffinindustrial.com

LM Farms, LLC
Jeff Kunovic                           jeffkunovic@gardensalivefarms.com

**EXHIBIT B**

Daniel Cohn
99 High Street, Floor 20
Boston, MA 02110

William Freeman
Katten, Muchin and Rosenman LLP
515 S. Flower Street, Suite 1000
Angeles, CA 90071-2212

Joseph H. Huston
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801

Steven E. Mackey
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Jay L Welford
Jaffe Raitt Heuer & Weiss, P.C
27777 Franklin Road, Suite 2500
Southfield, MI 48034