**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| **CLINTON NURSERIES, INC.,** | Case No. 17-31897 JJT |
| **CLINTON NURSERIES OF MARYLAND, INC.** | Case No. 17-31898 JJT |
| **CLINTON NURSERIES OF FLORIDA, INC., and** | Case No. 17-31899 JJT |
| **TRIEM LLC,** | Case No. 17-31900 JJT |
| | **Jointly Administered under** |
| | **Case No. 17-31897 JJT** |

**NOTICE OF PERFECTION OF LIENS PURSUANT TO SECTION 546(b)**

YOU ARE HEREBY NOTIFIED that Creditor Fishback Nursery, Inc (*"Fishback")* intends to foreclose and/or enforce its interests in, and continue perfection of, those certain agricultural produce liens arising under Or. Rev. Stat. § 87.700 *et seq.* (the "Liens"). Fishback maintains perfection of its interest by this notice as set forth in 11 U.S.C. § 546(b)(2)(B). Fishback further demands that it be provided adequate protection of its interest in the collateral. In support, Fishback represents the following:

1. Fishback is an Oregon corporation engaged in growing and selling nursery plants, including trees and shrubs, at and from its nursery premises located in Banks, Oregon.

2. Debtors purchased various trees and shrubs in March and April 2017 for which certain monthly payments were made but which purchases remain largely unpaid in the total sum of approximately $440,000, exclusive of interest, attorneys' fees and costs (the "Claim"). Fishback provided the trees and shrubs to Debtors and invoiced the purchases in part to Clinton Nurseries of Maryland, Inc. and in part to Clinton Nurseries, Inc. The trees and shrubs constituting the collateral are listed in detail on the invoices appended as Exhibit A and Exhibit B, respectively (together with proceeds therefrom, the "Collateral"). Some of the trees and shrubs comprising the Collateral were

shipped to Tennessee, some to Maryland, and some to Connecticut per the Debtors' orders.

3. Fishback's Claim is secured by the statutory liens on the Collateral sold to Debtors, including the proceeds therefrom in accordance with Or. Rev. Stat. § 87.700 *et seq.*[1] The Liens attached to all agricultural products delivered or transferred to Clinton Nurseries, Inc. or the affiliated Debtors by Fishback, and all products and proceeds thereof as well as all of Debtors' accounts receivables therefor.

Based on the foregoing, Fishback provides this Notice of Liens in accordance with Section 546(b) of the Bankruptcy Code and demands adequate protection of its interests in the Collateral.

Dated at New Haven, Connecticut this 31st day of January 2018.

Fishback Nursery, Inc.

BY: /s/ Carl T. Gulliver
Carl T. Gulliver
Federal Bar No. ct00944
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, CT  06511
(203)624-4756
(203)865-3673  FAX
cgulliver@coanlewendon.com

---

[1] While Connecticut choice of law rules apply to this matter, *see e.g., Gaston & Snow*, 243 F3d 599, 606-607 (2d Cir. 2001), Fishback submits that Connecticut would apply Oregon law.  Connecticut General Statutes Section 49a – 9 – 109(c)(3) provides that Article 9 of Connecticut's Uniform Commercial Code is inapplicable "to the extent that…(3) A statute of another state, a foreign country or a governmental unit of another state or a foreign country, other than a statute generally applicable to security interests, expressly governs creation, perfection, priority or enforcement of a security interest created by the state, country or governmental unit…."