**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CLINTON NURSERIES, INC., | ) | Case No. 17-31897 (AMN) |
| CLINTON NURSERIES OF MARYLAND, INC., | ) | Case No. 17-31898 (AMN) |
| CLINTON NURSERIES OF FLORIDA, INC. and | ) | Case No. 17-31899 (AMN) |
| TRIEM LLC, | ) | Case No. 17-31900 (AMN) |
| | ) | (Jointly Administered Under |
| Debtors. | ) | Case No. 17-31897 (AMN)) |
| | ) | |
| _____ | ) | |
| CLINTON NURSERIES, INC., | ) | |
| CLINTON NURSERIES OF MARYLAND, INC., | ) | |
| CLINTON NURSERIES OF FLORIDA, INC. and | ) | |
| TRIEM LLC, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF THE WEST, | ) | |
| WARREN RICHARDS, JR. and ANN | ) | |
| RICHARDS, | ) | |
| VARILEASE FINANCE, INC., and | ) | |
| SPRING MEADOW NURSERY, INC., | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,**
**AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Whittemore Company, Inc., an interested party in the above styled and numbered Chapter 11 bankruptcy case, as attorney for such party, and hereby requests notice of all hearings and conferences in such case and makes demand for service of copies all pleadings, filings, notices,

and other actions and papers pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and Bankruptcy Local Rule 2002.  All such notices should be addressed as follows:

Lawrence S. Grossman [ct15790]
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
147 North Broad Street
Milford, CT 06460
Tel: 203-877-8000/Fax: 203-878-9800
LGrossman@hssklaw.com

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing, notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

Dated at Milford, Connecticut, this 16th day of February, 2018.

INTERESTED PARTY,
WHITTEMORE COMPANY, INC.

By: /s/ Lawrence S. Grossman
    Lawrence S. Grossman [ct15790]
    HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
    147 North Broad Street
    Milford, CT 06460
    Tel: 203-877-8000/Fax: 203-878-9800
    LGrossman@hssklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2018, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Lawrence S. Grossman
Lawrence S. Grossman