UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| CLINTON NURSERIES, INC.,<br>CLINTON NURSERIES OF MARYLAND, INC.,<br>CLINTON NURSERIES OF FLORIDA, INC. and<br>TRIEM LLC,<br>　　　　Debtors | Chapter 11<br>Case No. 17-31897(JJT)<br>Case No. 17-31898(JJT)<br>Case No. 17-31899(JJT)<br>Case No. 17-31900(JJT)<br>(Jointly Administered) |
| CLINTON NURSERIES, INC.,<br>CLINTON NURSERIES OF MARYLAND, INC.,<br>CLINTON NURSERIES OF FLORIDA, INC. and<br>TRIEM LLC,<br>　　　　Movants<br><br>v.<br><br>BANK OF THE WEST, WARREN RICHARDS, JR.<br>and ANN RICHARDS, VARILEASE FINANCE, INC.<br>and SPRING MEADOW NURSERY, INC.,<br><br>　　　　Respondents. | |

## SUPPLEMENTAL OBJECTION OF VARILEASE FINANCE, INC. TO AN EXTENSION OF DEBTORS' USE OF CASH COLLATERAL

Varilease Finance, Inc., ("Varilease") though its counsel, Jaffe, Raitt, Heuer & Weiss, P.C. and Neubert, Pepe & Monteith, P.C. hereby files this Supplemental Objection to the Continued Cash Collateral Motion (as defined in the Order and Stipulation Authorizing Second Interim Use of Cash Collateral and Granting Adequate Protection [DN 111] (the "Second Interim Order")) and in support thereof, states:

1.　　Varilease is both an equipment lessor to, and secured lender of, Debtors Clinton Nurseries, Inc. ("CNI") and Clinton Nurseries of Maryland, Inc. ("CNM"). Varilease entered into a Master Lease Agreement with CNI and CNM, dated July 16, 2015, pursuant to which Varilease leased various equipment to CNI and CNM (the "Master Lease").

4010874.v1

2. Pursuant to paragraph 2(b) of the Master Lease, Varilease was granted "a security interest in any and all goods, chattels, fixtures, equipment, assets, accounts receivable, contract rights, general intangibles and property of every kind wherever located in which Lessee has any interest and the proceeds thereof," which security interest "secure[d] any and all obligations of Lessee and those of any affiliate of Lessee to Lessor whether now in existence and/or to come into existence" (the "<u>Security Interest</u>").

3. Varilease perfected its Security Interest by filing a financing statement against CNI and CNM on September 28, 2015.

4. The obligations owing under the Master Lease were guaranteed by Clinton Nurseries of Florida, Inc., pursuant to a Guaranty dated July 16, 2015.

5. The current indebtedness due to Varilease under the Master Lease is $3,145,447.14, exclusive of attorneys' fees, costs and late charges.

6. Accordingly, Varilease is a secured creditor of CNI and CNM, holding a blanket lien on their assets.

7. Pursuant to the Paragraph 3 of the Second Interim Order, "[a] hearing to consider further continued use of Cash Collateral shall be held on Friday, February 23, 2018 at 10:00 A.M." and "[a]ny objection to the Continued Cash Collateral Motion shall be filed on or before 4:00 p.m. on Tuesday, February 20, 2018."

8. On February 20, 2018, prior to the 4:00 p.m. deadline, Varilease filed the Objection of Varilease Finance, Inc. to an Extension of Debtors' Use of Cash Collateral (DN 211], arguing that while a draft revised Cash Collateral order had been circulated by the alleged primary secured creditor (Bank of the West ("<u>BOTW</u>")) prior to the objection deadline, the Debtors had filed no pleading setting forth the relief being requested at the February 23, 2018

hearing and no proposed budget had been shared by the Debtors with Varilease, or to its knowledge, with the Committee or BOTW.

9. Varilease, on February 21, 2018, received the proposed budget in support of the Continued Cash Collateral Motion, to support an extension of cash collateral usage through March 31, 2018. A copy of the same is attached hereto as **Exhibit A** (the "Proposed Budget").

10. A review of the Proposed Budget indicates that the Debtors, absent the receipt of $500,000 of debtor-in-possession financing the week of March 4, 2018 and another $500,000 of debtor-in-possession financing the week of March 11, 2018, will run out of cash the week of March 4, 2018.

11. No motion seeking debtor-in-possession financing has been filed by the Debtors.

12. Currently, the Debtors are authorized to use cash collateral through March 2, 2018, under the existing Second Interim Order, two days before, per the Proposed Budget, the Debtors run out of cash. It is therefore premature for this Court to authorize the use of cash collateral through March 30, 2018, until it is determined whether debtor-in-possession financing is available to the Debtors and has been approved by this Court.

13. Varilease requested that the Debtors adjourn the February 23, 2018 hearing to the date of the potential debtor-in-possession financing hearing, but the Debtors have not agreed to do so.

14. The Proposed Budget also relies on projected post-petition collections by the Debtors, in the amounts of $180,000, $360,000 and $720,000 the weeks of March 11, 2018, March 18, 2018 and March 25, 2018 (the "Proposed Budget Collections").

15. Varilease requested the support for the Proposed Budget Collections and received in response an Excel spreadsheet of the Debtors, entitled "Early Orders and Cash Flow" (the

4010874.v1

"Early Orders Projection")[1]. Unfortunately, the Early Orders Projection understated by $764,236 the amounts reflected in the Proposed Budget as Proposed Budget Collections:

| Week | Cash collections per the Early Orders Projection | Proposed Budget Collections | Weekly Shortfall | Cumulative Shortfall |
|---|---|---|---|---|
| 3/11-3/17 | 0 | $180,000 | ($180,000) | ($180,000) |
| 3/18-3/24 | $211,565 | $360,000 | ($148,435) | ($328,435) |
| 3/25-3/31 | $284,172 | $720,000 | ($435,828) | ($764,263) |
|  |  |  |  |  |
| Total | $495,737 | $1,260,000 |  |  |

16. Accordingly, even with the proposed $1,000,000 of debtor-in-possession financing, the Debtors will be short $764,263 in collections during the proposed cash collateral extension period.

17. Further, the week after the second projected tranche of the $1,000,000 of debtor-in-possession financing is received, the Debtors' projected ending cash is $59,900. This number assumed that as of that date $540,000 of Proposed Budget Collections would be received. Per the Early Orders Projection, only $211,565 will have been received, meaning the Debtors will run out of cash the week after all of the debtor-in-possession proceeds have been received. Therefore, the Continued Cash Collateral Motion should be denied for that reason as well.

18. Accordingly, Varilease objects to the Continued Cash Collateral Motion.

19. Varilease reserves its right to amend this Objection, pending receipt of further documents and pleadings, if any, filed by the Debtors, in advance of the February 23, 2018 hearing.

---

[1] Due to the sensitivity of the customer information on the Early Orders Projection, a copy has not been attached to this pleading but will be available at the time of the hearing.

4

4010874.v1

Wherefore, Varilease requests that the Court deny the Continued Cash Collateral Motion and grant such other relief as the Court deems equitable and just.

Respectfully submitted:

| | |
|---|---|
| Jaffe, Raitt, Heuer & Weiss, P.C. | Neubert, Pepe & Monteith, P.C. |
| /s/ Jay L. Welford, Esq. | /s/ Douglas S. Skalka, Esq. |
| Jay L. Welford, Esq. (P34471) | Douglas s. Skalka (ct00616) |
| 27777 Franklin Rd., Ste. 2500 | 195 Church Street, 13th Floor |
| Southfield, MI 48034 | New Haven, CT 06510 |
| Ph: 248-727-1466 | Ph: 203-821-2000 |
| Email: jwelford@jaffelaw.com | Email: dskalka@npmlaw.com |
| Attorneys for the Varilease | Attorneys for Varilease |

Dated: February 22, 2018

4010874.v1

# EXHIBIT A

Proposed Budget

[See attached]

**Clinton Nurseries, Inc.**
Post Petition Operating Budget
For the period February 25, 2018 to March 31, 2018

| | Estimate Sunday to Saturday 2/25 to 3/3/2018 | Estimate Sunday to Saturday 3/4 to 3/10/18 | Estimate Sunday to Saturday 3/11 to 3/17/18 | Estimate Sunday to Saturday 3/18 to 3/24/18 | Estimate Sunday to Saturday 3/25 to 3/31/18 |
|---|---:|---:|---:|---:|---:|
| Opening Cash Balances | $ 1,175,000 | $ 426,600 | $ 365,700 | $ 296,300 | $ 59,900 |
| DIP Financing | $  - | $ 500,000 | $ 500,000 | $  - | $  - |
| Estimated Receivables Collections (prepetition) | $  - | $ 237,000 | $  - | $  - | $  - |
| Estimated Receivables Collections (post petition) | $  - | $  - | $ 180,000 | $ 360,000 | $ 720,000 |
| Total Cash Receipts | $  - | $ 237,000 | $ 180,000 | $ 360,000 | $ 720,000 |
| Total Cash Available | $ 1,175,000 | $ 1,163,600 | $ 1,045,700 | $ 656,300 | $ 779,900 |
| **Disbursements** | | | | | |
| Executive Payroll | $ (12,400) | $ (12,400) | $ (12,400) | $ (12,400) | $ (12,400) |
| Payroll | $ (188,000) | $ (188,000) | $ (218,000) | $ (238,000) | $ (268,000) |
| Health Insurance Premiums | $  - | $  - | $ (66,000) | $  - | $  - |
| 401(k) contributions | $  - | $  - | $ (85,000) | $  - | $  - |
| Bank of the West - adequate protection | $  - | $  - | $  - | $  - | $  - |
| Creditors Committee | $  - | $  - | $  - | $  - | $ (35,000) |
| Richards Farm Rent (Maryland Properties) | $  - | $ (19,500) | $  - | $  - | $  - |
| Quincy Florida (Imperial Nursery) Rent | $  - | $ (34,000) | $  - | $  - | $  - |
| Utilities (Gas, Electric, Water) | $ (22,000) | $  - | $ (22,000) | $  - | $ (22,000) |
| Oil to heat Greenhouses | $ (11,000) | $ (11,000) | $ (11,000) | $ (11,000) | $ (11,000) |
| Farm Insurance | $  - | $  - | $  - | $  - | $  - |
| Telephone & Internet | $ (5,000) | $  - | $  - | $  - | $ (4,000) |
| Miscellaneous Operating (equip rental, auto, repairs) | $ (60,000) | $ (60,000) | $ (60,000) | $ (60,000) | $ (60,000) |
| Contracted Services (computer, payroll, true north) | $ (15,000) | $ (17,000) | $ (15,000) | $ (15,000) | $ (12,500) |
| Ongoing Operations (Post Petition -Spring Sales) | | | | | |
| Racks | $  - | $  - | $  - | $  - | $ (75,000) |
| Trucking | $ (290,000) | $ (336,000) | $ (160,000) | $ (160,000) | $ (90,000) |
| Pots, Fertilizer, Supplies, Soil | $ (50,000) | $ (50,000) | $ (50,000) | $ (50,000) | $ (50,000) |
| Product Buy In | $ (95,000) | $ (70,000) | $ (50,000) | $ (50,000) | $ (50,000) |
| Total Disbursements (NOT including executive payroll) | $ (736,000) | $ (785,500) | $ (737,000) | $ (584,000) | $ (677,500) |
| Total All Disbursements | $ (748,400) | $ (797,900) | $ (749,400) | $ (596,400) | $ (689,900) |
| Ending Cash Balance | $ 426,600 | $ 365,700 | $ 296,300 | $ 59,900 | $ 90,000 |