# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLINTON NURSERIES, INC., | : | Case No. 17-31897(JTT) |
| CLINTON NURSERIES OF MARYLAND, INC., | : | Case No. 17-31898(JTT) |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | Case No. 17-31899(JTT) |
| TRIEM LLC, | : | Case No. 17-31900(JTT) |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 17-31897(JTT)) |
| CLINTON NURSERIES, INC., | : | |
| CLINTON NURSERIES OF MARYLAND, INC., | : | |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | |
| TRIEM LLC, | : | |
| | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF THE WEST, | : | |
| WARREN RICHARDS, JR. and ANN | : | |
| RICHARDS, | : | |
| VARILEASE FINANCE, INC., and | : | |
| SPRING MEADOW NURSERY, INC., | : | |
| | : | |
| Respondents. | : | |
| | : | |

**DEBTORS' REPLY TO SUPPLEMENTAL OBJECTION OF VARILEASE
FINANCE, INC. TO AN EXTENSION OF DEBTORS' USE OF CASH COLLATERAL**

Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., Clinton Nurseries of Florida, Inc. and Triem LLC, debtors and debtors-in-possession (collectively, the "Debtors"), hereby reply (the "Reply") to the Supplemental Objection of Varilease Finance, Inc. to an Extension of Debtors' Use of Cash Collateral (ECF No. 218, the "VFI Objection"),[1] to correct certain inaccuracies and to apprise the Court as to the status of cash collateral proceedings, as follows:

---

[1] This Reply does not address the allegations in the VFI Objection concerning this creditor's claims or security interests.

1.  The Debtors do not intend to request that the Court enter a third interim order authorizing use of cash collateral and providing adequate protection (the "Third Interim Order") at the hearing presently scheduled tomorrow, February 23, 2018. Rather, the Debtors intend to apprise the Court of the status of these chapter 11 cases and of the developments and substantial progress concerning the Continued Cash Collateral Motion, and to request that the Court schedule a hearing on Friday, March 2, 2018, to consider their proposed Third Interim Order.

2.  Indeed, the Debtors informed Varilease Finance, Inc. ("VFI") – as well as Bank of the West and the Official Committee of Unsecured Creditors (the "Committee") – of their position several hours prior to the filing of the VFI Objection.

3.  At the same time, the Debtors also communicated their disagreement with VFI's demand that entry of a Third Interim Order must be conditioned on the Court's simultaneous approval of a DIP facility. The first influx of DIP funding is not budgeted to be received until the week ending March 10, 2018. The Debtors require use of cash collateral pending that funding and there is no reason to condition one order on the other.

4.  As shall be discussed tomorrow, the Debtors have located a proposed DIP lender and are finalizing a term sheet, a draft of which has been circulated to VFI, as well as Bank of the West and the Official Committee of Unsecured Creditors (the "Committee"). The Debtors and the proposed DIP lender are working as expeditiously as possible so that the Debtors may file a motion on the earliest possible date. The Debtors do not know of any other party that believes that approval of a Third Interim Order should be conditioned on simultaneous approval of the DIP facility.

5.  The Debtors also take this opportunity to correct inaccuracies contained in the VFI Objection. The VFI Objection concludes that the Debtors' proposed cash collateral budget

(the "Proposed Budget") understates revenue by $764,236 when compared to the Debtors' revenue projections based on the Debtors' orders from their major customers (the "Early Orders Projections"). VFI is incorrect.

6. VFI mistakenly linked the Proposed Budget to the Early Orders Projections on a week-by-week basis, failing to note that the weeks in the Proposed Budget end two days earlier than the weeks in the Early Orders Projections (*e.g.*, the first week in the Proposed Budget ends Saturday, March 3, 2018, whereas the closest corresponding week in the Early Orders Projections ends Monday, March 5, 2018).

7. By failing to account for this, the VFI Objection omits $494,808 in revenue that the Debtors expect to receive in the last week of the Proposed Budget. The Debtors informed VFI of its misunderstanding this morning, shortly prior to the filing of the VFI Objection, within a few hours of VFI first raising this issue. The Debtors further informed VFI of approximately $178,000 in orders where the shipment date has been moved up from March 19, 2018 to February 28, 2018, which will result in the Debtors also receiving that revenue during the Proposed Budget time period.

8. Taking the foregoing into account, the following is a corrected version of the chart included in the VFI Objection, which reflects a possible $91,469 revenue shortfall:

| Week | Early Orders | Proposed Budget | Weekly Shortfall | Cumulative Shortfall |
|---|---|---|---|---|
| 3/11 to 3/17/18 | $389,551 | $180,000 | $209,551 | $209,551 |
| 3/18 to 3/24/18 | $284,172 | 360,000 | ($75,828) | $133,723 |
| 3/25 to 3/31/18 | $494,808 | $720,000 | ($225,192) | ($91,469) |
| Total | $1,168,531 | $1,260,000 | | ($91,469) |

3

9.      The Debtors are seeking to expedite their deliveries to the extent possible in order to avoid *any* revenue shortfall, even one this modest.  However, to the extent that such were to occur, (a) the Debtors project a rapid influx of more than $6 million in additional revenue in April and are capable of briefly deferring certain expenses in expectation of such revenue; and (b) the proposed DIP facility would provide $1.2 million (rather than $1 million) in funding, providing an additional $200,000 of cushion to the extent necessary.

10.     The Debtors expect to revise their Proposed Budget in order to reflect the additional DIP funding and to circulate their revised Proposed Budget to parties in interest by Wednesday, February 28, 2018.  The Debtors expect this revised Proposed Budget to address these issues to the satisfaction of all parties in interest and the Court.

WHEREFORE, for the foregoing reasons, the Court should overrule the VFI Objection, continue the hearing to consider the Continued Cash Collateral Motion to March 2, 2018, order that the Debtors file their proposed Third Interim Order on or before Wednesday, February 28, 2018 at 3 p.m., and grant such other and further relief as the Court deems just and proper.

Dated this 22nd day of February, 2018, at Bridgeport, Connecticut.

THE DEBTORS,

*/s/ Patrick R. Linsey*
Eric Henzy (Federal Bar No. ct12849)
Patrick R. Linsey (Federal Bar No. ct29437)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax 203-367-9678
Email:  plinsey@zeislaw.com
         ehenzy@zeislaw.com
         jkornafel@zeislaw.com
Their Attorneys