# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLINTON NURSERIES, INC., | : | Case No. 17-31897(AMN) |
| CLINTON NURSERIES OF MARYLAND, INC., | : | Case No. 17-31898(AMN) |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | Case No. 17-31899(AMN) |
| TRIEM LLC, | : | Case No. 17-31900(AMN) |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 17-31897(AMN)) |

## MOTION TO WITHDRAW APPEARANCE OF JOANNA M. KORNAFEL

The undersigned counsel, Joanna M. Kornafel, hereby moves to withdraw her appearance on behalf of Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., Clinton Nurseries of Florida, Inc., and Triem, LLC (collectively, the "Debtors"). I have separated from the law firm of Zeisler & Zeisler, P.C. and no longer represent the Debtors. Attorneys Eric A. Henzy and Patrick R. Linsey have filed their appearances on behalf of the Debtors, and no hardship will be caused by this withdrawal. Accordingly, this motion should be granted.

Dated this 1st day of March, 2018 at Milford, Connecticut.

By: */s/Joanna M. Kornafel*
Joanna M. Kornafel (ct29199)
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460-0112
Telephone: (203) 877-8000
Fax: (203) 878-9800
JKornafel@hssklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to the parties unable to receive service. Parties may access this filing through the Court's CM/ECF System.

*/s/ Joanna M. Kornafel*
Joanna M. Kornafel