**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLINTON NURSERIES, INC. | : | Case No. 17-31897 (AMN) |
| CLINTON NURSERIES OF MARYLAND, INC., | : | Case No. 17-31898 (AMN) |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | Case No. 17-31899 (AMN) |
| TRIEM LLC, | : | Case No. 17-31900 (AMN) |
| | : | |
| Debtors. | : | Jointly Administered |

## **REQUEST TO PARTICIPATE IN HEARING TELEPHONICALLY**

The undersigned respectfully requests to participate in the hearing telephonically regarding the Continued Use of Cash Collateral (ECF No. 3) scheduled for January 11, 2019 at 10:00 a.m.

Dated: Bridgeport, Connecticut
January 8, 2019

THE BANK OF THE WEST

By: /s/Irve J. Goldman
    Irve J. Goldman (ct02404)
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    Tel: 203 330 2213
    igoldman@pullcom.com
    Its Attorneys

## **CERTIFICATION OF SERVICE**

The undersigned attorney hereby certifies that on January 8, 2019 a true and correct copy of the foregoing was served on the following parties, as follows:

**Via PACER/ECF**:

| | | |
|---|---|---|
| **Christopher H. Blau**<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-549-0889 (fax)<br>cblau@zeislaw.com<br>  *Assigned: 04/25/2018* | representing | **Clinton Nurseries of Florida, Inc.**<br>1415 East Peidmont Drive<br>Ste. 4<br>Tallahassee, FL 32308<br>*(Debtor)*<br><br>**Clinton Nurseries of Maryland, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)*<br><br>**Clinton Nurseries, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)*<br><br>**Triem LLC**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| **Michael A. Carbone**<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Boulevard<br>P.O. Box 1740<br>Bridgeport, CT 06601-1740<br>203-332-5725<br>203-333-1489 (fax)<br>mcarbone@znclaw.com<br>  *Assigned: 07/20/2018* | representing | **Classic Home & Garden**<br>c/o Michael A. Carbone<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Boulevard<br>Bridgeport, CT 06604<br>203-333-9441<br>203-333-1489 (fax)<br>mcarbone@znclaw.com<br>*(Creditor)* |
| **Daniel C Cohn**<br>Murtha Cullina, LLP<br>99 High Street, floor 20<br>Boston, MA 02110<br>617-457-4155<br>617-482-3868 (fax)<br>dcohn@murthalaw.com | representing | **Ann Richards**<br>*(Creditor)* |

*Assigned: 02/16/2018*
*LEAD ATTORNEY*

|  |  |  |
|---|---|---|
|  |  | **Warren Richards** *(Creditor)* |
| **Michael R. Enright** Robinson and Cole One Commercial Plaza 280 Trumbull Street Hartford, CT 06103 (860) 275-8290 860-275-8299 (fax) menright@rc.com *Assigned: 02/28/2018* | representing | **Nalluru Murthy** 390 Vista Oak Road Longwood, FL 32779 *(Interested Party)* |
| **Charles J. Filardi, Jr.** Reid and Riege, P.C. One Financial Plaza Hartford, CT 06103 860-278-1150 860-240-1002 (fax) cfilardi@rrlawpc.com *Assigned: 01/24/2018* | representing | **Spring Meadow Nursery, Inc.** *(Creditor)* |
| **Robert M. Fleischer** Green & Sklarz LLC 100 State Street, Suite 100 New Haven, CT 06511 203-283-3369 rfleischer@gs-lawfirm.com *Assigned: 09/07/2018* | representing | **Official Committee of Unsecured Creditors** *(Creditor Committee)* |
| **Wiliam Freeman** Katten, Muchin and Rosenman LLP 515 S. Flower Street, suite 1000 Angeles, CA 90071-2212 bill.freeman@kattenlaw.com *Assigned: 12/22/2017* *LEAD ATTORNEY* | representing | **Bank of The West** *(Creditor)* |
| **William B Freeman** Katten Muschin Rosenman LLP 515 S. Flower Street, Suite 1000 Los Angeles, CA 90071-2212 213-443-9003 213-947-1705 (fax) bill.freeman@kattenlaw.com | representing | **Bank of The West** *(Creditor)* |

*Assigned: 02/02/2018*

**Taruna Garg**
Murtha Cullina LLP
177 Broad St
Stamford, CT 06901
203-653-5400
203-653-5444 (fax)
tgarg@murthalaw.com
  *Assigned: 12/20/2017*

representing **Ann Richards**
*(Creditor)*

**Warren Richards**
*(Creditor)*

**Irve J. Goldman**
Pullman & Comley
850 Main Street
8th Floor
Bridgeport, CT 06604
203-330-2000
203-576-8888 (fax)
igoldman@pullcom.com
  *Assigned: 12/18/2017*

representing **Bank of The West**
*(Creditor)*

**Eric S. Goldstein**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5059
860-251-5312 (fax)
egoldstein@goodwin.com
  *Assigned: 01/11/2018*

representing **Stinchcomb Associates, Inc.**
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5000
860-251-5218 (fax)
egoldstein@goodwin.com
*(Creditor)*

**Evan S. Goldstein**
Updike Kelly & Spellacy PC
100 Pearl Street
17th Floor
P.O. Box 231277
Hartford, CT 06123
860-548-2600 x2609
860-548-2680 (fax)
egoldstein@uks.com
  *Assigned: 01/10/2018*

representing **Container Centralen, Inc.**
*(Creditor)*

**Lawrence S. Grossman**
Green & Sklarz LLC
700 State St
Suite 100
New Haven, CT 06511

representing **Whittemore Company, Inc.**
*(Interested Party)*

203-285-8545
LGrossman@gs-lawfirm.com
*Assigned: 02/16/2018*
*SELF- TERMINATED: 08/31/2018*

**Sarah Gruber**
Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
860-240-6060
860-240-5926 (fax)
sgruber@murthalaw.com
*Assigned: 02/23/2018*

representing

**Ann Richards**
*(Creditor)*

**Warren Richards**
*(Creditor)*

**Carl T. Gulliver**
Coan Lewendon Gulliver & Miltenberger LL
495 Orange Street
New Haven, CT 06511
(203) 624-4756
203-865-3673 (fax)
cgulliver@coanlewendon.com
*Assigned: 01/09/2018*

representing

**Fishback Nursery, Inc.**
40065 Wilksboro Road
Banks, OR 97106
*(Creditor)*

**Jerry L. Hall**
*Assigned: 02/01/2018*
*LEAD ATTORNEY*

representing

**Bank of The West**
*(Creditor)*

**Eric A. Henzy**
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT 06604
203-368-5495
203-549-0861 (fax)
ehenzy@zeislaw.com
*Assigned: 12/18/2017*

representing

**Clinton Nurseries, Inc.**
517 Pond Meadow Road
Westbrook, CT 06498
*(Debtor)*

*Assigned: 12/21/2017*
*LEAD ATTORNEY*

representing

**Clinton Nurseries of Florida, Inc.**
1415 East Peidmont Drive
Ste. 4
Tallahassee, FL 32308
*(Debtor)*

|  |  |  |
|---|---|---|
|  |  | **Clinton Nurseries of Maryland, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
|  |  | **Triem LLC**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| **Christopher D. Hite**<br>Rosenberg, Miller, Hite & Morilla, LLC<br>2051 Main Street<br>Stratford, CT 06615<br>203-870-6700<br>203-870-6701 (fax)<br>christopherdhite@gmail.com<br> *Assigned: 07/13/2018* | representing | **Reinaldo Rivera**<br>Perkins & Associates<br>c/o Kevin M. Blake<br>965 Fairfield Avenue<br>Bridgeport, CT 06605<br>203-380-1556<br>203-296-4777 (fax)<br>kblake@perkinsandassoc.com<br>*(Creditor)* |
| **Joseph H. Huston, Jr.**<br>Stevens & Lee, P.C.<br>919 North Market Street<br>Suite 1300<br>Wilmington, DE 19801<br>302-425-3310<br>JHH@stevenslee.com<br> *Assigned: 01/09/2018*<br> *LEAD ATTORNEY* | representing | **The Conard-Pyle Co., Inc. dba Star Roses & Plants**<br>*(Creditor)* |
| **Robert E. Kaelin**<br>Murtha, Cullina, Richter and Pinney<br>CityPlace I<br>185 Asylum Street<br>Hartford, CT 06103-3469<br>(860) 240-6000<br>860-240-6150 (fax)<br>rkaelin@murthalaw.com<br> *Assigned: 01/20/2018* | representing | **Imperial Nurseries**<br>*(Creditor)* |
| **Nancy B. Kinsella**<br>Neubert, Pepe, Monteith<br>195 Chruch Street, 13th Floor<br>New Haven, CT 06510-2047<br>(203) 821-2000<br>203-821-2009 (fax)<br>nkinsella@npmlaw.com | representing | **Varilease Finance, Inc.**<br>*(Creditor)* |

*Assigned: 01/17/2018*

| | | |
|---|---|---|
| **Joanna M. Kornafel**<br>Green & Sklarz, LLC<br>700 State Street<br>Suite 100<br>New Haven, CT 06511<br>203-285-8645<br>203-764-2682 (fax)<br>jkornafel@gs-lawfirm.com<br>*Assigned: 12/18/2017*<br>*TERMINATED: 03/08/2018* | representing | **Clinton Nurseries, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| *Assigned: 12/21/2017*<br>*TERMINATED: 03/08/2018* | representing | **Clinton Nurseries of Florida, Inc.**<br>1415 East Peidmont Drive<br>Ste. 4<br>Tallahassee, FL 32308<br>*(Debtor)* |
| | | **Clinton Nurseries of Maryland, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| | | **Triem LLC**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| **Mitchell J. Levine**<br>Nair and Levin<br>707 Bloomfield Avenue<br>Bloomfield, CT 06002<br>860-692-3164<br>860-242-2980 (fax)<br>MLevine@nairlevin.com<br>*Assigned: 01/08/2018* | representing | **Ford Motor Credit Company LLC**<br>c/o Law Offices of Nair & Levin, P.C.<br>707 Bloomfield Avenue<br>Bloomfield, CT 06002<br>860-692-3164<br>860-242-2980 (fax)<br>mlevine@nairlevin.com<br>*(Creditor)* |
| **Patrick R. Linsey**<br>Zeisler & Zeisler PC<br>10 Middle Street<br>15th Floor<br>Bridgeport, CT 06604<br>203-368-4234<br>203-594-0424 (fax)<br>plinsey@zeislaw.com<br>*Assigned: 12/18/2017* | representing | **Clinton Nurseries, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| *Assigned: 12/21/2017* | representing | **Clinton Nurseries of Florida, Inc.** |

|  |  |  |
|---|---|---|
|  |  | 1415 East Peidmont Drive<br>Ste. 4<br>Tallahassee, FL 32308<br>*(Debtor)* |
|  |  | **Clinton Nurseries of Maryland, Inc.**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
|  |  | **Triem LLC**<br>517 Pond Meadow Road<br>Westbrook, CT 06498<br>*(Debtor)* |
| **Steven E. Mackey**<br>Office of the U.S. Trustee<br>The Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203) 773-2210<br> *Assigned: 01/12/2018* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Ilan Markus**<br>LeClairRyan A Professional Corporation<br>555 Long Warf Drive<br>8th Floor<br>New Haven, CT 06511<br>203-258-8207<br>203-783-2294 (fax)<br>ilan.markus@leclairryan.com<br> *Assigned: 02/08/2018* | representing | **Caterpillar Financial Services Corporation**<br>c/o Ilan Markus, Esq., LeClairRyan<br>545 Long Wharf Dr - 9th Fl<br>New Haven<br>203.672.3212<br>ilan.markus@leclairryan.com<br>*(Creditor)* |
| **Kim L. McCabe**<br>Office of the U.S. Trustee<br>Giamo Federal Building<br>150 Court Street<br>Room 302<br>New Haven, CT 06510<br>203-773-2210 x233<br>203-773-2217 (fax)<br>kim.mccabe@usdoj.gov<br> *Assigned: 01/04/2018* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Lauren McNair**<br>Green & Sklarz LLC<br>700 State Street, Suite 100 | representing | **Official Committee of Unsecured Creditors**<br>*(Creditor Committee)* |

New Haven, CT 06511
203-285-8545
203-306-3391 (fax)
cfisher@gs-lawfirm.com
  *Assigned: 01/09/2018*
  *TERMINATED: 08/16/2018*

| | | |
|---|---|---|
| **Kari A. Mitchell**<br>Office of the United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>203.773.2210 ext. 224<br>203.773.2217 (fax)<br>kari.mitchell@usdoj.gov<br>  *Assigned: 12/20/2017* | representing | **U. S. Trustee**<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>(203)773-2210<br>USTPRegion02.NH.ECF@USDOJ.GOV<br>*(U.S. Trustee)* |
| **Martin A. Mooney**<br>Schiller Knapp Lefkowitz & Hertzel LLP<br>950 New Loudon Rd<br>Suite 109<br>Latham, NY 12110<br>518-786-9069<br>518-786-1246 (fax)<br>ahight@schillerknapp.com<br>  *Assigned: 04/16/2018* | representing | **Toyota Indusries Commercial Finance, Inc.**<br>*(Creditor)*<br><br>**Toyota Industries Commercial Finance, Inc.**<br>*(Creditor)* |
| **Harold E. Nelson**<br>Rhoades McKee PC<br>55 Campau Avenue, NW<br>Suite 300<br>Grand Rapids, MI 49503<br>  *Assigned: 02/02/2018*<br>  *LEAD ATTORNEY* | representing | **Spring Meadow Nursery, Inc.**<br>*(Creditor)* |
| **Joshua Pedreira**<br>Cohen and Wolf, P.C.<br>1115 Broad Street<br>Bridgeport, CT 06604<br>203-298-4066<br>203-203.337.5544 (fax)<br>jpedreira@cohenandwolf.com<br>  *Assigned: 01/17/2018* | representing | **The Conard-Pyle Co., Inc. dba Star Roses & Plants**<br>*(Creditor)* |

**Lucas Bennett Rocklin**
Neubert, Pepe, Monteith, P.C.
195 Church Street,13th Floor
New Haven, CT 06510
203-821-2000
203-821-2009 (fax)
lrocklin@npmlaw.com
*Assigned: 01/17/2018*

representing

**Jane LaPrino**
*(Creditor)*

**David C. Shufrin**
Hurwitz Sagarin Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460
203-877-8000
dshufrin@hssklaw.com
*Assigned: 08/31/2018*

representing

**Whittemore Company, Inc.**
*(Interested Party)*

**Douglas S. Skalka**
Neubert, Pepe, and Monteith
195 Church Street, 13th Floor
New Haven, CT 06510
(203) 821-2000
203-821-2009 (fax)
dskalka@npmlaw.com
*Assigned: 12/20/2017*

representing

**Varilease Finance, Inc.**
*(Creditor)*

**Jeffrey M. Sklarz**
Green & Sklarz LLC
700 State Street
Suite 100
New Haven, CT 06511
203-285-8545
203-823-4546 (fax)
jsklarz@gs-lawfirm.com
*Assigned: 01/09/2018*

representing

**Official Committee of Unsecured Creditors**
*(Creditor Committee)*

*Assigned: 06/13/2018*

representing

**Green & Sklarz, LLC**
700 State Street
Suite 100
New Haven, CT 06511
*(Creditor Committee)*

**Suzanne B. Sutton**
Cohen & Wolf, PC
657 Orange Center Rd
Orange, CT 06477
(203) 298-4066

representing

**The Conard-Pyle Co., Inc. dba Star Roses & Plants**
*(Creditor)*

203-337-5510 (fax)
ssutton@cohenandwolf.com
  *Assigned: 12/19/2017*

**Michael A. Tessitore**
Moran, Kidd, Lyons & Johnson, P.A
111 North Orange Ave, Suite 900
Orlando, FL 32802-0472
407-841-4141
407-841-4148 (fax)
mtessitore@morankidd.com
  *Assigned: 01/31/2018*
  *LEAD ATTORNEY*

representing **Container Centralen, Inc.** *(Creditor)*

**Jay L Welford**
Jaffe Raitt Heuer & Weiss, P.C
27777 Franklin Road, Suite 2500
Southfield, MI 48034
jwelford@jaffelaw.com
  *Assigned: 12/22/2017*
  *LEAD ATTORNEY*

representing **Varilease Finance, Inc.** *(Creditor)*

**Latonia C. Williams**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5037
860-251-5218 (fax)
lwilliams@goodwin.com
  *Assigned: 01/11/2018*

representing **Stinchcomb Associates, Inc.**
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
860-251-5000
860-251-5218 (fax)
egoldstein@goodwin.com
*(Creditor)*

/s/Irve J. Goldman
Irve J. Goldman