**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **CLINTON NURSERIES, INC.,** | **Case No. 17-31897 (JJT)** |
| **CLINTON NURSERIES OF MARYLAND, INC.,** | **Case No. 17-31898 (JJT)** |
| **CLINTON NURSERIES OF FLORIDA, INC., and** | **Case No. 17-31899 (JJT)** |
| **TRIEM LLC.** | **Case No. 17-31900 (JJT)** |
| | **(Jointly Administered** |
| | **Under Case No. 17-31897)** |
| **Debtors.** | **RE: ECF No. 609** |

_____

**ORDER ON THE**
**UNITED STATES TRUSTEE'S MOTION FOR AN ORDER SETTING FORTH A**
**TIMETABLE FOR FILING AND CONFIRMING A PLAN OF REORGANIZATION OR,**
**IN THE ALTERNATIVE, DISMISSING OR CONVERTING THE DEBTORS'**
**CHAPTER 11 CASES TO ONES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

The United States Trustee, having filed a Motion for an Order Setting Forth a Timetable for filing and confirming one or more plans of reorganization, or, in the alternative, dismissing or converting Debtors' Chapter 11 cases to ones under Chapter 7 and after appropriate service and a hearing and for good cause shown, IT IS HEREBY

**ORDERED** that the Debtors shall file one or more disclosure statements and confirmable plans of reorganization on or before May 31, 2019 at 4:00 p.m.; and it is further

**ORDERED**, that the Debtors shall obtain approval of the Bankruptcy Court as to the adequacy of the information contained in their disclosure statement(s) on or before Friday July 12, 2019; and it is further

**ORDERED** that the Debtors shall obtain confirmation of the plan or plans of reorganization resolving all of the Debtors' Chapter 11 cases on or before Friday, August 23, 2019; and it is further

**ORDERED** that upon motion and sufficient cause shown by a party-in-interest, the deadlines above may be extended by the Bankruptcy Court as may also be done at the convenience of the Bankruptcy Court for the scheduling of hearings for approval of the adequacy of information contained in disclosure statements and for the scheduling of hearings on confirmation of plans of reorganization.

Dated at Hartford, Connecticut this 5th day of April, 2019.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut