**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CLINTON NURSERIES, INC.,** | **Case No. 17-31897 (JJT)** |
| **CLINTON NURSERIES OF MARYLAND, INC.,** | **Case No. 17-31898 (JJT)** |
| **CLINTON NURSERIES OF FLORIDA, INC., and** | **Case No. 17-31899 (JJT)** |
| **TRIEM LLC,** | **Case No. 17-31900 (JJT)** |
| | **(Jointly Administered Under** |
| **Debtors.** | **Case No. 17-31897 (JJT))** |

**PROPOSED SCHEDULING AND BRIEFING ORDER PERTAINING TO THE HEARING ON THE DEBTORS' MOTION TO DETERMINE AMOUNT OF CHAPTER 11 QUARTERLY FEES PURSUANT TO 28 U.S.C. § 1930(a)(6)**

The Debtors having filed a Motion to Determine Amount of Chapter 11 Quarterly Fees Pursuant to 28 U.S.C. § 1930(a)(6) (the "Debtors' Motion"); and

The Court having granted the Debtors' motion to expedite the hearing on the Debtors' Motion and scheduled a hearing on the Debtors' Motion on April 24, 2019, at 12:00 noon (the "April 24 Hearing"); and

The Debtors and William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), each through their respective counsel, having agreed that the United States Trustee would not file a motion to dismiss or convert the Debtors' cases based on non-payment of United States Trustee fees, or otherwise seek to compel the Debtors' pay any United States Trustee fees, during the pendency of the Debtors' Motion; and

As the Debtors' Motion draws into question the constitutionality of a federal statute, the Debtors and the United States Trustee have agreed that Debtors' Motion should not be argued at

1

the April 24 Hearing and that the United States Trustee should have an adequate time to submit briefs in opposition to the Debtors' Motion and the Debtors and any other party in interest should have an appropriate time to respond to such briefs; and

The Debtors and the United States Trustee having agreed on a proposed briefing schedule to submit to the Court at the April 24 Hearing which they believe corresponds to and allows for adequate briefing to be done within the confines of the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure; and

The Bankruptcy Court having considered the agreed briefing schedule submitted by the Debtors and the United States Trustee, and for good cause shown,

IT IS HEREBY

**ORDERED** that the United States Trustee shall have until Monday, June 17, 2019 in which to file his objection and memorandum of law to the Debtors' Motion; and it is further

**ORDERED** that the Debtors and any other party in interest shall have until Tuesday, July 2, 2019 in which to file a reply to the United States Trustee's objection and memorandum of law; and it is further

**ORDERED** that the United States Trustee will have until Monday, July 22, 2019 in which to file a sur-reply to the Debtors' reply; and it is further

**ORDERED** that discovery between the parties, not being presently contemplated, will await further Order of this Court.