# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CLINTON NURSERIES, INC., | § | Case No.    17-31897 (JJT) |
| CLINTON NURSERIES OF | § | Case No.    17-31898 (JJT) |
| MARYLAND, INC., CLINTON | § | Case No.    17-31899 (JJT) |
| NURSERIES OF FLORIDA, INC., | § | Case No.    17-31900 (JJT) |
| and TRIEM LLC, | § | |
| | § | Jointly Administered Under |
| | § | Case No. 17-31897 (JJT) |
| | § | |
| Debtors. | § | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

TO THE HONORABLE JAMES J. TANCREDI, UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, United States Attorney for Region 2, files this Notice of Supplemental Authority in connection with his Objections (Docket Nos. 725 & 726) and Sur-Reply (Docket No. 773) regarding the Debtor's Motion to Determine Amount of United States Trustee Fees Pursuant to 28 U.S.C. § 1930(a)(6) (Docket No. 672) in the above-captioned case.

On August 16, 2019, the United States Court of Appeals for the Fifth Circuit issued the attached order, granting the United States Trustee's and the debtors' petitions to accept direct review of the bankruptcy court's decision in *In re Buffets, LLC*, 597 B.R. 588 (Bankr. W.D. Tex. 2019).

1

| | |
|---|---|
| Dated: August 20, 2019<br>Newark, New Jersey | Respectfully submitted,<br>WILLIAM K. HARRINGTON<br>United States Trustee, Region 2 |
| By: | /s/ Robert J. Schneider, Jr.<br>Robert J. Schneider/ phv10191<br>Trial Attorney<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 622-7888<br>Facsimile: (973) 645-5993<br>Email: robert.j.schneider@usdoj.gov |

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-90020
_____

In Re: BUFFETS, L.L.C., doing business as Old Country Buffet, doing business as Country Buffet, doing business as Home Town Buffet, doing business as Ryan's, doing business as Ryan's Family Steakhouse, doing business as Fire Mountain, doing business as Granny's, doing business as Tahoe Joe's, doing business as Tahoe Joe's Famous Steakhouse, doing business as Roadhouse Grill, doing business as JJ North's Grand Buffet, doing business as Buffets, Inc., doing business as Ovation Brands, doing business as Soup 'N Salad Unlimited; HOMETOWN BUFFET, INCORPORATED; OCB RESTAURANT COMPANY, L.L.C.; OCB PURCHASING, COMPANY; RYAN'S RESTAURANT GROUP, L.L.C.; FIRE MOUNTAIN RESTAURANTS, L.L.C.; TAHOE JOE'S, INCORPORATED,

      Debtors

HENRY G. HOBBS, JR.,

      Petitioner Cross-Respondent

v.

BUFFETS, L.L.C., doing business as Old Country Buffet, doing business as Country Buffet, doing business as Home Town Buffet, doing business as Ryan's, doing business as Ryan's Family Steakhouse, doing business as Fire Mountain, doing business as Granny's, doing business as Tahoe Joe's, doing business as Tahoe Joe's Famous Steakhouse, doing business as Roadhouse Grill, doing business as JJ North's Grand Buffet, doing business as Buffets, Inc., doing business as Ovation Brands, doing business as Soup 'N Salad Unlimited; HOMETOWN BUFFET, INCORPORATED; OCB RESTAURANT COMPANY, L.L.C.; OCB PURCHASING, COMPANY; RYAN'S RESTAURANT GROUP, L.L.C.; FIRE MOUNTAIN RESTAURANTS, L.L.C.; TAHOE JOE'S, INCORPORATED,

      Respondents Cross-Petitioners

---

Motions for Leave to Appeal
Pursuant to 28 U.S.C. § 158(d)

---

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

    IT IS FURTHER ORDERED that the cross motion for leave to appeal under 28 U.S.C. § 158(d) is GRANTED.

**CERTIFICATE OF SERVICE**

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, the undersigned certifies that I served copies of the Notice of Supplemental Authority on August 20, 2019 on all appearing parties via the court's electronic filing system and by first class mail, postage prepaid, on the parties listed in section 1 below.

1. **Parties Served Via First Class Mail, Postage Prepaid**

   BMW Financial Services NA, LLC
   c/o AIS Portfolio Services, LP
   4515 N Santa Fe Ave. Dept. APS
   Oklahoma City, OK 73118

   William B. Freeman
   Katten, Muchin and Rosenman LLP
   515 S. Flower Street, Suite 1000
   Los Angeles, CA 90071-2212

   Kainen, Escalera & McHale, P.C.
   Attn: Pres., GP., or Managing Member
   21 Oak Street, Suite 601
   Hartford, CT 06106

   Elayna Z. Matthews
   Saalfeld Griggs, PC
   Park Place, Suite 200
   250 Church St SE
   Salem, OR 97301

   Harold E. Nelson
   Rhoades McKee PC
   55 Campau Avenue NW
   Suite 300
   Grand Rapids, MI 49503

   PFK O'Connor Davies, LLP
   Attn: Managing Attorney
   3001 Summer Street, 5th Floor
   Stamford, CT 06095

   Michael A. Carbone
   Zeldes, Needle & Cooper, P.C.
   1000 Lafayette Boulevard
   P.O. Box 1740
   Bridgeport, CT 06601-1740

   Cole, Scott & Kissane, P.A.
   Attn: Daniel Nicholas
   4301 West Boy Scout Blvd
   Tampa, FL 33607

   McKinnon Nursery, Inc.
   Attn: David McKinnon
   13835 Butteville Road
   Gervais, OR 97026

   John Carcieri & Associates, LLC
   Attn: John Carcieri
   220 E. Falmouth Highway
   East Falmouth, MA 02536

   Ivy Acres, Inc.
   Attn: Jim Andrews
   1675 Edwards Avenue
   Baiting Hollow, NY 11933

   Dutchmaster Nurseries, LTD
   Attn: Pres. GP or Managing Member
   3735 Sideline 16
   Brougham, Ontario
   L0H 1A0 Canada

Nursery Supplies, Inc.
Attn: Ken Hebert, CFO
P.O. Box 664010
Dallas, TX 75266

Cottage Gardens
Attn: Robert Uchtman
4992 Middle Ridge Road
Perry, OH 44081

Qualitree Propagators, Inc.
Attn: Deborah Woelders
51546 Ferry Road
Rosedale, BC
V0X 1X3 Canada

MacGuyver Media
Attn: Steven McKeon
6 South Llanwellyn Avenue
Glenolden, PA 19036

Bankcard Center
Attn: James Salisbury, VP
P.O. Box 4025
Alameda, CA 94501

Berger Horticultural Products
Attn: Carole Delude
P.O. Box 656
Sulphur Springs, TX 75483

ICS, Inc.
Attn: Tom Dickerson
1 Component Park
West Bridgewater, MA 02379

A.M. Leonard, Inc.
Attn: Pres. GP or Managing Member
P.O. Box 816
Piqua, OH 45356

Harrell's
Attn: Pres. GP or Managing Member
P.O. Box 935358
Atlanta, GA 31193

HDS USA, LLC
Attn: Pres. GP or Managing Member
560 Deer Park Road
Hunting Station, NY 11746

Left Coast Logistics, LLC
Attn: Pres. GP or Managing Member
5775 SW Jean Road
Suite 215
Lake Oswego, OR 97035

Whittemore Perlite Co., Inc.
Attn: Jeffrey Sheehy
P.O. Box 3099
Andover, MA 01810

Pastanch, LLC
d/b/a New Christie Ventures
Attn: Chris DePaolo
31 Sheridan Drive
Naugatuck, CT 06770

LM Farms, LLC
Attn: Jeff Kunovic
P.O. Box 772990
Chicago, IL 60677

BWI – Apopka
Attn: Pres. GP or Managing Member
P.O. Box 1328
Plymouth, FL 32768

Southern Wholesale Nursery
Attn: Russell Milstead
786 Northcutt Cove Road
McMinnville, TN 37110

CC Delivery Services, Inc.
Attn: Greg Chouljian
855 E Plant Street, Suite 1200
Winter Garden, FL 34787

Universal Forest Products
Attn: Pres. GP or Managing Member
P.O. Box 127
Stockertown, PA 18083

Airtec Sprayers, Inc.
Attn: Shana Warfield
P.O. Box 885
Winter Haven, FL 33882

East Jordan Plastics, Inc.
Attn: Dave Graham
P.O. Box 575
East Jordan, MI 49727

JRT Nurseries, Inc.
Attn: Pres. GP or Managing Member
2396 272nd Street
Aldergrove, BC
V4W 2R1 Canada

Terry Panter Nursery
Attn: Pres. GP or Managing Member
310 B. Panter Road
McMinnville, TN 37110

Hoffman Nursery
Attn: John Hoffman
5520 Bahama Road
Rougemont, NC 27572

Anthony Tesselaar, USA, Inc.
Attn: Pres. GP or Managing Member
15200 Mansel Avenue
Lawndale CA 90260

Graco Fertilizer Company
Attn: Pres. GP or Managing Member
P.O. Box 89
Cairo, GA 39828

C.H. Robinson Worldwide, Inc.
Attn: Meghan Hughes
P.O. Box 9121
Minneapolis, MN 55480

Woodburn Nursery & Azaleas, Inc.
Attn: Pres. GP or Managing Member
13009 School Road NE
Woodburn, OR 97071

2. **Parties Served Via ECF**

Christopher H. Blau on behalf of Debtor Clinton Nurseries Inc.
cblau@zeislaw.com

Christopher H. Blau on behalf of Debtor Clinton Nurseries of Maryland, Inc.
cblau@zeislaw.com

Christopher H. Blau on behalf of Debtor Clinton Nurseries of Florida, Inc.
cblau@zeislaw.com

5

Christopher H. Blau on behalf of Debtor Triem LLC
cblau@zeislaw.com

Daniel C. Cohn on behalf of Creditor Ann Richards
dcohn@murthalaw.com

Daniel C. Cohn on behalf of Creditor Warren Richards
dcohn@murthalaw.com

Michael R. Enright on behalf of Creditor Nalluru Murthy
menright@rc.com

Charles J. Filardi on behalf of Creditor Spring Meadow Nursery, Inc.
cfilardi@rrlawpc.com, umongrain@rrlawpc.com

Robert M. Fleisher on behalf of Official Committee of Unsecured Creditors
rfleischer@gs-lawfirm.com, ecf@ctnylaw.com

William B. Freeman on behalf of Creditor Bank of The West
bill.freeman@kattenlaw.com

Taruna Garg on behalf of Creditor Ann Richards
tgarg@murthalaw.com, mgarcia@murthalaw.com

Taruna Garg on behalf of Creditor Warren Richards
tgarg@murthalaw.com, mgarcia@murthalaw.com

Irve J. Goldman on behalf of Creditor Bank of The West
igoldman@pullcom.com, rmccoy@pullcom.com

Eric S. Goldstein on behalf of Creditor Stinchcomb Associates, Inc.
egoldstein@goodwin.com, bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

Evan S. Goldstein on behalf of Creditor Container Centralen, Inc.
egoldstein@uks.com

Lawrence S. Grossman on behalf of Official Committee of Unsecured Creditors
LGrossman@gs-lawfirm.com, aevans@gs-lawfirm.com;ngolino@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com

Carl T. Gulliver on behalf of Creditor Fishback Nursery, Inc.
cgulliver@coanlewendon.com

6

Eric A. Henzy on behalf of Debtor Clinton Nurseries Inc.
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Eric A. Henzy on behalf of Debtor Clinton Nurseries of Maryland, Inc.
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Eric A. Henzy on behalf of Debtor Clinton Nurseries of Florida, Inc.
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Eric A. Henzy on behalf of Debtor Triem LLC
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Christopher D. Hite on behalf of Creditor Reinaldo Rivera
christopherdhite@gmail.com

Joseph H. Huston on behalf of Creditor The Conard-Pyle Co., Inc. dba Star Roses & Plants
JHH@stevenslee.com

Robert E. Kaelin on behalf of Creditor Imperial Nurseries
rkaelin@murthalaw.com

Nancy B. Kinsella on behalf of Creditor Varilease Finance, Inc.
nkinsella@npmlaw.com

Mitchell J. Levine on behalf of Creditor Ford Motor Credit Company, LLC
MLevine@nairlevin.com

Patrick R. Linsey on behalf of Debtor Clinton Nurseries Inc.
plinsey@zeislaw.com, Kjoseph@zeislaw.com

Patrick R. Linsey on behalf of Debtor Clinton Nurseries of Maryland, Inc.
plinsey@zeislaw.com, Kjoseph@zeislaw.com

Patrick R. Linsey on behalf of Debtor Clinton Nurseries of Florida, Inc.
plinsey@zeislaw.com, Kjoseph@zeislaw.com

Patrick R. Linsey on behalf of Debtor Triem LLC
plinsey@zeislaw.com, Kjoseph@zeislaw.com

Ilan Markus on behalf of Creditor, Caterpillar Financial Services, Corporation
ilan.markus@leclairryan.com, kim.knicely@leclairryan.com

Martin A. Mooney on behalf of Creditor, Toyota Industries Commercial Finance, Inc.
ahight@schillerknapp.com, kcollins@schillerknapp.com; tshariff@schillerknapp.com

James J. Moriarty on behalf of Debtor Clinton Nurseries Inc.
jmoriarty@zeislaw.com, MMKrouzil@zeislaw.com

James J. Moriarty on behalf of Debtor Clinton Nurseries of Maryland, Inc.
jmoriarty@zeislaw.com, MMKrouzil@zeislaw.com

James J. Moriarty on behalf of Debtor Clinton Nurseries of Florida, Inc.
jmoriarty@zeislaw.com, MMKrouzil@zeislaw.com

James J. Moriarty on behalf of Debtor Triem, LLC
jmoriarty@zeislaw.com, MMKrouzil@zeislaw.com

Joshua Pedreira on behalf of Creditor, The Conard-Pyle Co., dba Star Roses & Plants
jpedreira@cohenandwolf.com

Lucas Bennett Rocklin on behalf of Creditor Jane B. LaPrino
lrocklin@npmlaw.com, smowery@npmlaw.com

David C. Shufrin on behalf of Creditor Whittemore Company, Inc.
dshufrin@hssklaw.com, TMontalto@hssklaw.com; gvillella@hssklaw.com

Douglas S. Skalka on behalf of Creditor Varilease Finance, Inc.
dskalka@npmlaw.com, smowery@npmlaw.com, ecrafts@npmlaw.com; npm.bankruptcy@gmail.com

Jeffrey M. Sklarz on behalf of Creditor Committee Green & Sklarz, LLC
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com;mbuckanavage@gs-lawfirm.com

Jeffrey M. Sklarz on behalf of Official Committee of Unsecured Creditors
jsklarz@gs-lawfirm.com, aevans@gs-lawfirm.com; mcraig@gs-lawfirm.com; cfisher@gs-lawfirm.com

Suzanne B. Sutton on behalf of Creditor The Conard-Pyle Co., Inc. dba Star Roses & Plants
ssutton@cohenandwolf.com

Michael A. Tessitore on behalf of Creditor Container Centralen, Inc.
mtessitore@morankidd.com

Jay L Welford on behalf of Creditor Varilease Finance, Inc.
jwelford@jaffelaw.com, dgoldberg@jaffelaw.com; tcoughlin@jaffelaw.com

Latonia C. Williams on behalf of Creditor Stinchcomb Associates, Inc.
lwilliams@goodwin.com, bankruptcyparalegal@goodwin.com; bankruptcy@goodwin.com

| | |
|---|---|
| Dated: August 20, 2019<br>      Newark, New Jersey | Respectfully submitted,<br>WILLIAM K. HARRINGTON<br>United States Trustee, Region 2 |
| By: | /s/ Robert J. Schneider, Jr.\_\_\_\_\_<br>Robert J. Schneider/ phv10191<br>Trial Attorney<br>Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 622-7888<br>Facsimile: (973) 645-5993<br>Email: robert.j.schneider@usdoj.gov |