**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLINTON NURSERIES, INC., | : | Case No. 17-31897(JJT) |
| CLINTON NURSERIES OF MARYLAND, INC., | : | Case No. 17-31898(JJT) |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | Case No. 17-31899(JJT) |
| TRIEM LLC, | : | Case No. 17-31900(JJT) |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 17-31897(JJT)) |
| CLINTON NURSERIES, INC., | : | |
| CLINTON NURSERIES OF MARYLAND, INC., | : | |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | |
| TRIEM LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 19-03014 |
| | : | |
| WILLIAM K. HARRINGTON, | : | |
| UNITED STATES TRUSTEE, REGION 2, | : | |
| | : | |
| Defendant. | : | |

**CLINTON NURSERIES, INC., CLINTON NURSERIES**
**OF MARYLAND, INC., AND CLINTON NURSERIES OF FLORIDA, INC.'S**
**STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD**

Clinton Nurseries, Inc. ("CNI"), Clinton Nurseries of Maryland, Inc. ("CNM"), and Clinton Nurseries of Florida, Inc. ("CNF" and with CNI and CNM, the "Appellants"), through their undersigned counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, their (i) statement of issues to be presented on appeal and (ii) designation of the items to be included in the record on appeal, in connection with its appeal of the Ruling and Order Converting Contested Motion to Adversary Proceeding and Memorandum of Decision Dismissing Adversary Proceeding for Failure to State Claims Upon Which Relief can be Granted [Doc. No. 835] (the

"Order") issued by the United States Bankruptcy Court for the District of Connecticut (the "Bankruptcy Court").[1]

### I.    Statement of Issues on Appeal from the Order

1. Whether the Bankruptcy Court erred in concluding that 28 U.S.C. § 1930 is, on its face, a uniform bankruptcy law under article 1, § 8, cl. 4 of the United States Constitution.

2. Whether the Bankruptcy Court erred in concluding that 28 U.S.C. § 1930 is, as applied to the Appellants, a uniform bankruptcy law under article 1, § 8, cl. 4 of the United States Constitution.

3. Whether the Bankruptcy Court erred in concluding that the Appellants are required to pay fees to the United States Trustee in the amount provided for by the 2017 revision to 28 U.S.C. § 1930 rather than the based on the pre-2017 revision to 28 U.S.C. § 1930.

4. Whether the Bankruptcy Court erred in concluding that the Appellants do not have standing to challenge any misapplication of the 2017 revisions to 28 U.S.C. § 1930.

5. Whether the Bankruptcy Court erred in concluding that the Appellants failed to allege legally sufficient facts that the increase in fees due the United States Trustee is an improper taking under the United States Constitution.

---

[1] The Order, as defined above, provides that the Order is to be placed within the docket of Adv. Pro. No. 19-03014. The Order has not been placed within that docket, and has only been docketed within Case No. 17-31897. As the Order was docketed in Case No. 17-31897 on August 28, 2019, the Appellants file this notice of appeal on this date in both the Case No. 17-31897 and Adv. Pro No. 19-03014 dockets.

6. Whether the Bankruptcy Court erred in concluding that the fees the Appellants are required to pay under 28 U.S.C. § 1930 do not constitute an improper taking under the United States Constitution.

## II.    Designation of Record on Appeal

The Appellants hereby designate the following items to be included in the record on appeal, together with all exhibits, attachments, and documents incorporated by reference therein.

| Item No. | Doc. No.[2] | Docket Entry Date | Docket Description |
|---|---|---|---|
| 1 | 672 | 04/17/2019 | Motion to Determine Amount of United States Trustee Fees Pursuant to 28 U.S.C. § 1930(a)(6). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E). |
| 2 | 725 | 6/17/2019 | Objection United States Trustee's Objection To Debtors' Motion To Determine Amount Of United States Trustee Fees Pursuant To 28 U.S.C. § 1930(a)(6) As The Causes Of Action Therein May Only Be Filed as An Adversary Proceeding Filed by Kim L. McCabe on behalf of U. S. Trustee U.S. Trustee, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). (Attachments: # 1 Certificate of Service). |
| 3 | 726 | 06/17/2019 | Objection United States Trustee's Objection To Debtors' Motion To Determine Amount Of United States Trustee Fees Pursuant To 28 U.S.C. § 1930(a)(6) Filed by Kim L. McCabe on behalf of U. S. Trustee U.S. Trustee, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). (Attachments: # 1 Exhibit A # 2 Certificate of Service) |
| 4 | 743 | 07/02/2019 | Debtor's Reply to United States Trustee's Objections to Motion to Determine Amount of United States Trustee Fees Pursuant to 28 U.S.C. § 1930(a)(6) filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC *Reply to U.S. Trustee's Procedural and Substantive Objections (ECF Nos. 725, 726)* Filed by Eric A. Henzy on behalf of Clinton Nurseries of Florida, Inc., Clinton Nurseries of Maryland, Inc., Clinton |

---

[2] These document numbers refer to the documents filed in Case No. 17-31897.

| | | | |
|---|---|---|---|
| | | | Nurseries, Inc., Triem LLC Debtors, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). |
| 5 | 773 | 07/22/2019 | Reply to (related document(s): 672 Motion for Order to Determine Amount of United States Trustee Fees Pursuant to 28 U.S.C. § 1930(a)(6) filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC) *United States Trustees Sur-Reply to Debtors Reply to United States Trustees Objections to Motion to Determine Amount of United States Trustee Fees Pursuant to 28 U.S.C. § 1930(a)(6) (ECF No. 743)* Filed by Kim L. McCabe on behalf of U. S. Trustee U.S. Trustee, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). (Attachments: # 1 Certificate of Service). |
| 6 | 780 | 07/29/2019 | Notice of *Supplemental Authority* Filed by Patrick R. Linsey on behalf of Clinton Nurseries of Florida, Inc., Clinton Nurseries of Maryland, Inc., Clinton Nurseries, Inc., Triem LLC Debtors, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). |
| 7 | 828 | 08/20/2019 | Supplemental Document *Notice of Supplemental Authority* Filed by Robert J. Schneider Jr. on behalf of U. S. Trustee U.S. Trustee, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). |
| 8 | 833 | 08/26/2019 | Notice of *Supplemental Authority* Filed by Christopher H. Blau on behalf of Clinton Nurseries of Florida, Inc., Clinton Nurseries of Maryland, Inc., Clinton Nurseries, Inc., Triem LLC Debtors, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). (Attachments: # 1 Exhibit A). |
| 9 | 834 | 08/26/2019 | Supplemental Document *Notice of Supplemental Authority* Filed by Kim L. McCabe on behalf of U. S. Trustee U.S. Trustee, (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC). (Attachments: # 1 Exhibit A) |
| 10 | 835 | 08/28/2019 | Ruling and Order Converting Contested Motion to Adversary Proceeding and Memorandum of Decision Dismissing Adversary Proceeding for Failure to State Claims Upon Which Relief Can Be Granted (RE: 672 Motion for Order filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor |

|  |  |  | Triem LLC, 725 Objection filed by U.S. Trustee U. S. Trustee, 726 Objection filed by U.S. Trustee U. S. Trustee, 743 Reply filed by Debtor Clinton Nurseries, Inc., Debtor Clinton Nurseries of Maryland, Inc., Debtor Clinton Nurseries of Florida, Inc., Debtor Triem LLC, 773 Reply filed by U.S. Trustee U. S. Trustee). |
|---|---|---|---|

Dated at Bridgeport, Connecticut this 25th day of September, 2019.

CLINTON NURSERIES, INC.,
CLINTON NURSERIES OF MARYLAND, INC.,
and CLINTON NURSERIES OF FLORIDA, INC.,

*/s/ Eric Henzy*
Eric Henzy (Federal Bar No. ct12849)
Christopher H. Blau (Federal Bar No. ct30120)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax 203-367-9678
Email: ehenzy@zeislaw.com
Their Attorneys

5

**CERTIFICATE OF SERVICE**

      I certify that on September 25, 2019, a copy of the foregoing Statement of Issues on Appeal and Designation of Record was filed electronically and served by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      */s/ Eric Henzy*
Eric Henzy (Federal Bar No. ct12849)
Christopher H. Blau (Federal Bar No. ct30120)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT  06605
Tel. 203-368-4234
Fax 203-367-9678
Email: ehenzy@zeislaw.com
Their Attorneys