**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
CONNECTICUT - HARTFORD DIVISION**

| | | |
|---|---|---|
| **In re:** § | Chapter 11 | |
| § | | |
| **CLINTON NURSERIES, INC.,** § | Case No. | **17-31897 (JJT)** |
| **CLINTON NURSERIES OF** § | Case No. | **17-31898 (JJT)** |
| **MARYLAND, INC., CLINTON** § | Case No. | **17-31899 (JJT)** |
| **NURSERIES OF FLORIDA, INC.,** § | Case No. | **17-31900 (JJT)** |
| **and TRIEM LLC,** § | | |
| § | **Jointly Administered Under** | |
| Debtors. § | **Case No. 17-31897 (JJT)** | |
| ──────────────── § | | |
| § | | |
| **CLINTON NURSERIES, INC.,** § | **Adv. Pro. No. 19-03014 (JJT)** | |
| **CLINTON NURSERIES OF** § | | |
| **MARYLAND, INC., CLINTON** § | | |
| **NURSERIES OF FLORIDA, INC.,** § | | |
| **and TRIEM LLC,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| § | | |
| vs. § | | |
| § | | |
| **WILLIAM K. HARRINGTON,** § | | |
| **UNITED STATES TRUSTEE,** § | | |
| **REGION 2** § | | |
| § | | |
| **Defendant.** § | | |
| § | | |
| ──────────────── § | | |

**APPELLEE, UNITED STATES TRUSTEE'S, DESIGNATION OF
ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2), William K. Harrington, the United States Trustee for Region 2, as appellee, respectfully files his designation of additional items to be included in the record on appeal in connection with the appeal of the Ruling and Order Converting Contested Motion to Adversary Proceeding and Memorandum of Decision Dismissing Adversary Proceeding for Failure to State Claims Upon Which Relief Can Be Granted (Dkt. No. 835) filed by debtor-appellants, Clinton Nurseries, Inc., Clinton Nurseries

1

of Maryland, Inc., and Clinton Nurseries of Florida, Inc.

## I. Documents Filed in
## *In re Clinton Nurseries, Inc., et al.*, Case No. 17-31897 (JJT) (jointly administered)

| Item No. | Dkt. No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 1. | 1 | 1218/2017 | Chapter 11 Voluntary Petition |
| 2. | 26 | 12/21/2017 | Order Directing Joint Administration of Cases Pursuant to Fed. R. Bankr. P. 1015(b) |
| 3. | 86 | 1/16/2018 | Declaration About Individual Debtor's Schedules, Summary of Assets and Liabilities, Schedules for Non-Individual, Schedules include A, B, D, E, F, G, H, Statement of Financial Affairs, Equity Security Holders, Statement of Corporate Ownership |
| 4. | 668 | 4/5/2019 | Order on the United States Trustee's Motion for an Order Setting Forth a Timetable for Filing and Confirming a Plan of Reorganization, or, in the Alternative, Dismissing or Converting the Debtors' Chapter 11 Cases to Ones Under Chapter 7 of the Bankruptcy Code |
| 5. | 711 | 5/30/2019 | Scheduling and Briefing Order Pertaining to the Hearing on the Debtors' Motion to Determine Amount of Chapter 11 Quarterly Fees Pursuant to 28 U.S.C. § 1930(a)(6) |
| 6. | 717 | 6/7/2019 | Disclosure Statement Relating to Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 7. | 718 | 6/7/2019 | Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 8. | 857 | 9/11/2019 | Notice of Appeal by Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., and Clinton Nurseries of Florida, Inc. |
| 9. | 891 | 9/27/2019 | Transcript of Motion Hearing Held Before the Honorable James J. Tancredi, United States Bankruptcy Judge, on July 31, 2019 |
| 10. | 892 | 9/27/2019 | Transcript of Motion Hearing Held Before the Honorable James J. Tancredi, United States Bankruptcy Judge, on August 14, 2019 |

## II. Documents Filed in
## *In re Clinton Nurseries of Maryland, Inc.*, Case No. 18-31898 (JJT)

| Item No. | Dkt. No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 11. | 1 | 12/18/2017 | Chapter 11 Voluntary Petition |
| 12. | 28 | 1/16/2018 | Declaration Under Penalty of Perjury for Non-Individual Debtors, Summary of Assets and Liabilities, Schedules for Non-Individual, Schedules include A, B, D, E, F, G, H, Statement of Financial Affairs, Equity Security Holders, Disclosure of Compensation of Attorney for Debtor, Statement of Corporate Ownership |

### III. Documents Filed in
### *In re Clinton Nurseries of Florida, Inc.*, Case No. 18-31899 (JJT)

| Item No. | Dkt. No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 13. | 1 | 12/18/2017 | Chapter 11 Voluntary Petition |
| 14. | 28 | 1/10/2018 | Amended Voluntary Petition |
| 15. | 29 | 1/16/2018 | Declaration Under Penalty of Perjury for Non-Individual Debtors, Summary of Assets and Liabilities, Schedules for Non-Individual, Schedules include A, B, D, E, F, G, H, Statement of Financial Affairs, Equity Security Holders, Disclosure of Compensation of Attorney for Debtor, Statement of Corporate Ownership |

### IV. Documents Filed in
### *In re Triem LLC*, Case No. 18-31900 (JJT)

| Item No. | Dkt. No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 16. | 1 | 12/18/2017 | Chapter 11 Voluntary Petition |
| 17. | 29 | 1/16/2018 | Declaration Under Penalty of Perjury for Non-Individual Debtors, Summary of Assets and Liabilities, Schedules for Non-Individual, Schedules include A, B, D, E, F, G, H, Statement of Financial Affairs, Equity Security Holders, Disclosure of Compensation of Attorney for Debtor, Statement of Corporate Ownership |

### V. Documents Filed in
### *Clinton Nurseries, Inc., et al. vs. William K. Harrington*, A.P. No. 19-03014 (JJT)

| Item No. | Dkt. No. | Docket Entry Date | Docket Description |
|---|---|---|---|
| 18. | 7 | 9/11/2019 | Notice of Appeal by Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., and Clinton Nurseries of Florida, Inc. |

### VI. Docket Reports

19.    Docket Report, *In re Clinton Nurseries, Inc., et al.*, Case No. 17-31897 (JJT) (jointly administered).

20.    Docket Report, *Clinton Nurseries, Inc., et al., v. William K. Harrington*, Adv. Pro. No. 19-03014 (JJT).

Dated:  October 9, 2019                              Respectfully submitted,

WILLIAM K. HARRINGTON
United States Trustee for Region 2

*By:*   */s/ Kim L. McCabe*
       Kim L. McCabe
       Assistant United States Trustee
       Bar No. ct23661

| | |
|---|---|
| RAMONA D. ELLIOTT | WILLIAM K. HARRINGTON |
| Deputy Director/General Counsel | United States Trustee for Region 2 |
| P. MATTHEW SUTKO | KIM L. McCABE |
| Associate General Counsel | Assistant United States Trustee |
| BETH LEVENE | ANDREW D. VELEZ-RIVERA |
| Trial Attorney | Trial Attorney |
| | |
| U.S. Department of Justice | U.S. Department of Justice |
| Executive Office for | Office of the United States Trustee |
|  United States Trustees | Giaimo Federal Building |
| 441 G Street, NW, Suite 6150 | 150 Court Street, Room 302 |
| Washington, DC  20530 | New Haven, CT 06510 |
| Tel: (202) 307-1399 | Tel: (203) 773-2210 |
| Fax: (202) 307-2397 | Fax: (203) 773-2217 |
| | Email: kim.mccabe@usdoj.gov |

4

**CERTIFICATE OF SERVICE**

      I certify that on October 9, 2019, a copy of the foregoing Designation of Additional Items to be Included in the Record on Appeal was filed electronically and served by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Dated: October 9, 2019 | Respectfully submitted, |
| | WILLIAM K. HARRINGTON<br>United States Trustee for Region 2 |
| | By:   */s/ Kim L. McCabe*<br>      Kim L. McCabe<br>      Assistant United States Trustee<br>      Bar No. ct23661 |
| RAMONA D. ELLIOTT<br>Deputy Director/General Counsel<br>P. MATTHEW SUTKO<br>Associate General Counsel<br>BETH LEVENE<br>Trial Attorney | WILLIAM K. HARRINGTON<br>United States Trustee for Region 2<br>KIM L. McCABE<br>Assistant United States Trustee<br>ANDREW D. VELEZ-RIVERA<br>Trial Attorney |
| U.S. Department of Justice<br>Executive Office for<br> United States Trustees<br>441 G Street, NW, Suite 6150<br>Washington, DC 20530<br>Tel: (202) 307-1399<br>Fax: (202) 307-2397 | U.S. Department of Justice<br>Office of the United States Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510<br>Tel: (203) 773-2210<br>Fax: (203) 773-2217<br>Email: kim.mccabe@usdoj.gov |