**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER | 11 |
| | ) | | |
| CLINTON NURSERIES, INC.; CLINTON | ) | CASE No. | 17-31897 (JJT) |
| NURSERIES OF MARYLAND, INC.; | ) | CASE No. | 17-31898 (JJT) |
| CLINTON NURSERIES OF FLORIDA, | ) | CASE No. | 17-31899 (JJT) |
| INC.; and TRIEM LLC, | ) | CASE No. | 17-31900 (JJT) |
| DEBTORS. | ) | (Jointly Administered under Case No. | |
| | ) | 17-31897 (JJT)) | |
| | ) | | |
| | ) | RE: ECF Nos. | 1045, 1055 |

## ORDER CONFIRMING SECOND AMENDED CHAPTER 11 PLAN

On January 3, 2020, a continued hearing ("Confirmation Hearing") was held, after notice, to consider confirmation under Chapter 11 of the Bankruptcy Code of the Second Amended Plan of Reorganization (ECF No. 1045, the "Plan"), and its related Plan Supplement (ECF No. 1055), propounded by the above captioned Debtors (the "Debtors"); and

WHEREAS, during the Confirmation Hearing, the Debtors, Bank of the West, Varilease Finance, Inc., the Unsecured Creditors Committee and various other creditors and the Office of the United States Trustee appeared through counsel. Only the United States Trustee interposed a limited objection contending, *inter alia*, that the Plan failed to satisfy 11 U.S.C. § 1129(a)(12).

WHEREAS, during the Confirmation Hearing, counsel for the Debtors represented that sufficient votes accepting the Plan were received from the classes eligible to vote on the Plan, consistent with the Report of Ballots filed as ECF No. 1062; and

WHEREAS, it having been determined, as stated on the record during the Confirmation Hearing, that the requirements for confirmation set forth in 11 U.S.C. § 1129(a) and, as necessary, the requirements set forth in 11 U.S.C. § 1129(b), had been satisfied.

IT IS HEREBY:

ORDERED: That the objections of the United States Trustee are overruled as the US Trustee Quarterly Fee claim will either be paid or escrowed by the Debtors on or before the effective date and that such is neither procedurally nor substantively inconsistent with applicable laws; and it is further

ORDERED: That the Second Amended Plan of Reorganization (ECF No. 1045) and its related Plan Supplement (ECF No. 1055) is CONFIRMED; and it is further

ORDERED: That, on or before February 15, 2020, after appropriate notice from the Debtors to parties it would bind, any requests for payment of Chapter 11 administrative expenses and/or final applications for payment of professional fees or compensation shall be filed with this Court; and it is further

ORDERED: That, on or before February 28, 2020, unless extended by this Court for cause, the Debtors shall file its Application for a Final Decree in accordance with Fed. R. Bankr. P. 3022 and D. Conn. Bankr. L.R. 3022-1.

IT IS SO ORDERED at Hartford, Connecticut this 9th day of January 2020.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut